## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:24-cr-554 |
| v. | JUDGE: AMIT P. MEHTA |
| JAMES CARROLL | STATUS: MAY 12, 2025 |

### NOTICE OF APPEARANCE

Please enter the appearance of Edward J. Ungvarsky, Esq, in the above-captioned case, as counsel on behalf of the Defendant Derrick Martin, on this 28th day of February, 2025, as retained counsel. Counsel is available to appear in person at the May 12, 2025 status hearing in this matter.

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC: 202 546 1500
VA: 571 207 9710
Cell: 202 409 2084
Email: ed@ungvarskylaw.com
Counsel for James Carroll

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the government and predecessor counsel, via electronic filing, on this 22nd day of April, 2025.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky