UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.      :      No. 24-cr-544 (APM)

JAMES CARROLL   :

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully seeks leave to withdraw her appearance on behalf of James Carroll. Mr. Carroll has hired counsel, who entered their appearance on April 22, 2025. Because Mr. Carroll has elected to hire counsel, undersigned counsel seeks leave to withdraw her appearance on behalf of Mr. Carroll.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1