## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:24-cr-544 |
| v. | JUDGE: AMIT P. MEHTA |
| JAMES CARROLL | STATUS: MAY 12, 2025 |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

James Carroll, through counsel, respectfully moves this Court, pursuant to the Fifth and Sixth Amendments to the United States Constitution, to continue the status hearing in this matter, which is currently scheduled for May 12, 2025. Undersigned counsel is new to the case and seeks time to review predecessor counsel's file and to receive and review discovery from the government. Mr. Carroll agrees to toll speedy trial until the new status hearing date.

The government does not oppose this motion.

The parties have discussed a continuance of the status hearing to any of the following dates: June 20, 23, 24, 25 (morning), and 27, 2025 (after a 9:30 sentencing hearing before Judge Howell). The parties are also available July 15, 16 (morning), 17 (afternoon), 18, 28, 29, 30 (morning), and 31, 2025 (afternoon).

WHEREFORE, for the reasons set forth above, Mr. Carroll respectfully requests that Court continue the status hearing in this matter to a date in June or July 2025.

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC: 202 546 1500

1

VA: 571 207 9710  
Cell: 202 409 2084  
Email: ed@ungvarskylaw.com  
Counsel for James Carroll

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Continue was served on the government, via electronic filing, on this 8th day of May, 2025.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky

2