U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:24-cr-544 |
| v. | JUDGE: AMIT P. MEHTA |
| JAMES CARROLL | STATUS: October 2, 2025 |

## ORDER ON JOINT MOTION TO CONTINUE STATUS HEARING

Upon the joint motion to continue status hearing, and for the reasons given, and good cause shown, the motion to continue trial is hereby GRANTED, and the October 2, 2025 status hearing date is VACATED and the status hearing is CONTINUED to November 21, 2025 at 10:00 AM. Speedy trial is tolled until the new status hearing date, with the defendant's consent.

SO ORDERED.

Dated: August 5, 2025

_____
Hon. Amit P. Mehta
U.S. District Judge