IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )      CR No. 24-544
                                    )      Washington, D.C.
          vs.                       )      July 25, 2025
                                    )      11:30 a.m.
JAMES CARROLL,                      )
                                    )
          Defendant.                )
_____)


TRANSCRIPT OF DETENTION HEARING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Karen Shinskie
                             U.S. ATTORNEY'S OFFICE
                             601 D Street NW
                             Washington, D.C. 20530
                             (202) 252-7688
                             Email:
                             karen.shinskie@usdoj.gov


For the Defendant:           Edward John Ungvarsky
                             UNGVARSKY LAW, PLLC
                             421 King Street
                             Suite 505
                             Alexandria, VA 22314
                             (571) 207-9710
                             Email: ed@ungvarskylaw.com

APPEARANCES CONTINUED:

Pretrial Services Officer:    Britney Dahlkoetter

Court Reporter:              William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  This Honorable Court
 3    is now in session; the Honorable Amit P. Mehta presiding.
 4            THE COURT:  Good morning, everyone.  Please be
 5    seated.
 6            COURTROOM DEPUTY:  Your Honor, we're now on the
 7    record for Criminal Action 24-544, United States of America
 8    versus James Carroll.
 9            Present for the government, Karen Shinskie.
10            For the defendant, Edward Ungvarsky.
11            For the Pretrial Service Agency,
12    Britney Dahlkoetter.
13            Mr. Carroll is present in person.
14            THE COURT:  Okay.  Good morning, Counsel;
15    Mr. Carroll, good morning to you, sir.
16            Okay.  So we're here for a status conference this
17    morning.
18            Before we get started, I think this is the first
19    time we've been in court with Mr. Ungvarsky as Mr. Carroll's
20    counsel, so let me just make a disclosure, and that's,
21    Mr. Ungvarsky and I were colleagues at the Public Defender
22    Service some number of years ago.  We remain friends
23    socially, I'd say, probably two to three times a year,
24    we see each other.  So I just offer that up for the
25    government's consideration.
```

1          So with that, why don't we just start with where

2    things stand in the case.  So why don't we start with the

3    government and then we'll go from there.

4          MS. SHINSKIE:  Yes, Your Honor.

5          Would you prefer that I approach the lectern?

6          THE COURT:  Why don't you just come on up,

7    Counsel.  It would be helpful.  Thanks.

8          MS. SHINSKIE:  Okay.

9          Your Honor, the government has provided

10   substantially all discovery at this point.

11         I mean, the one outstanding issue is that the

12   defendant's phone, the device that he was found in

13   possession of when he was arrested, the FBI continues to try

14   to get into it.  It has periodic patches that are available

15   to it and it periodically checks to see that it is --

16   something is available that would allow it to get into the

17   phone, but at this point they have not been able to do that.

18   So we have nothing in possession of the government that

19   needs to be disclosed, but we anticipate at some point that

20   that might happen.

21         But at this stage, the government has provided the

22   discovery that it has, and my understanding is the issue

23   here is the bond motion on the part of the defense.

24         THE COURT:  Okay.

25         Mr. Ungvarsky, anything you'd like to add in terms

1   of case status and where you anticipate going from here?

2           MR. UNGVARSKY:  Good morning, Judge.

3           I concur that discovery has been provided.  The

4   government reached out to me a couple weeks ago asking

5   whether the government should put together a plea offer,

6   and I said yes.  I mean, I have an ethical obligation to

7   transmit any plea offers to my client and I'll do that.

8   And I know the government will work on that and I appreciate

9   that from the government, as well as I appreciate the

10  discovery.

11          There may be -- as referenced in the pleadings,

12  there will probably be a motion that we'll file.  And to the

13  extent that the Court wants to schedule a date on that,

14  I would be asking for four weeks from today, because I'm out

15  of town for the next two weeks, but obviously I can do it

16  sooner if needed.

17          And I basically would be asking, we'd be asking --

18  yeah, and then there will be the bond motion today.

19          THE COURT:  Okay.

20          But when you're referencing a motion, you're

21  talking about the motion to dismiss that you referenced?

22          MR. UNGVARSKY:  Right.

23          THE COURT:  Okay.

24          So, look, I know it's something that's been done

25  before.  You've referenced Judge Boasberg's case in

1    *Nitschke.*  I mean, I think, the only issue -- well, the main

2    issue, it seems to me, is how to tee that up properly from a

3    procedural standpoint.

4            I did read Judge Boasberg's opinion.  In that

5    case, the defendant did essentially stipulate to a host of

6    facts.

7            But Judge Boasberg did give the government an

8    opportunity to supplement the record in some sense.  I don't

9    know what the government's position would be and at this

10   point whether you have a view on whether such a motion would

11   be appropriate.  If you don't oppose it, then, you know, you

12   don't oppose it, that makes things a lot easier.  But if the

13   government does oppose it, then I think we need to probably

14   figure out the right way to do this if it's something that's

15   appropriate.

16           MR. UNGVARSKY:  I understand.

17           THE COURT:  So I guess what I would suggest is

18   that you --

19           Does the government have a view at this point,

20   Ms. Shinskie, about the propriety of filing for the Court's

21   consideration of such a motion?

22           MS. SHINSKIE:  Your Honor, I haven't -- you know,

23   I know that Mr. Ungvarsky is considering it, but I haven't

24   heard -- I haven't seen it and I don't know.  But I

25   anticipate that we would object.  I just can't tell you

1    right now without knowing exactly what he plans to do.

2    I can imagine what he's talking about, but I haven't seen

3    anything.

4              THE COURT:  Right.

5              Well, it doesn't sound like he has anything in

6    writing yet.  He's just proposing it.

7              So I guess what I would ask you all to do is just

8    to talk amongst yourselves before you file anything,

9    Mr. Ungvarsky.

10             And if you could just get back to me in about a --

11    is a week enough time just to meet and confer amongst

12    yourselves in terms of the government's position?

13             And if Mr. Ungvarsky wants to go forward, what the

14    government's view would be about the evidentiary record --

15             MS. SHINSKIE:  Yes.

16             THE COURT:  -- that would be appropriate to

17    consider?

18             I mean, it's a little bit of an unusual posture,

19    but, you know, it's not unprecedented.

20             MS. SHINSKIE:  We could definitely have our

21    position to the Court, Your Honor.

22             THE COURT:  Okay.

23             Can you all -- does that make -- I don't know what

24    your travel plans are.

25             MR. UNGVARSKY:  That makes sense.  Thank you.

```
 1              THE COURT:  Okay.  Great.

 2              Let's go ahead, if you could file something by the

 3    1st, that would be great.

 4              Okay.

 5              And as part of that, just propose a date by which

 6    any motion would be filed if that's something that you all

 7    are ultimately -- that ultimately that's going to move

 8    forward.

 9              Okay.  So unless there's anything else, we can

10    just turn to the bond review issue.

11              MS. SHINSKIE:  Nothing else from the government,

12    Your Honor.

13              MR. UNGVARSKY:  Very good, Judge.

14              THE COURT:  Okay.  All right.

15              So, Mr. Ungvarsky, I've read the papers.  Is there

16    anything -- I'm happy to have you -- hear from you and add

17    anything you'd like to what's in your papers.

18              MR. UNGVARSKY:  Thank you, Judge.

19              And the government and I actually discussed that

20    we know that you've read the papers and there's a lot of

21    papers and you've read a lot of detail so I'm not really

22    going to say that much now.

23              You know, the Court will consider -- our belief is

24    that we've rebutted their presumption with some evidence and

25    that the government now has to carry its burden to satisfy
```

1    preventive detention.

2            The notion that there would be preventive

3    detention, you know, because of the nature and circumstances

4    of the charges, you know, in this particular case with these

5    particular facts, with these particular attempt charges,

6    you know, in the constellation of charges that fall under

7    the statutes, the sexual exploitation statutes,

8    I acknowledge that the allegations are serious allegations.

9            I also recognize that there's no lawyer who's in

10   this room who hasn't seen far more challenging cases; cases

11   that involve real people; cases that involve thousands and

12   thousands of images; cases that involve repeated conduct

13   over months or years; cases that involve actual production

14   where images are sent worldwide and multiple victims come

15   forward.

16           I say that not to diminish the seriousness of any

17   charges that come under these statutes but to recognize that

18   these charges do fall within that continuum and they tend to

19   be at one side of the continuum.

20           So while there's a presumption of detention, it's

21   not functionally the equivalent of a strict liability of

22   detention.  So we've rebutted the presumption, we've

23   provided means that will reasonably keep the community safe

24   and that will reasonably ensure Mr. Carroll's return to

25   court.

1          I have his passport here to turn over to, whether

2     it's the Clerk of the Court or whether it's Pretrial,

3     I don't know who gets it.  And he'll effectively be

4     electronically jailed in his home.

5          The one additional request from what's in the

6     papers as to that electronically jailing in his home is

7     that, in addition to the footprint of the house, which is

8     what I imagine the GPS would cover, the house also has with

9     a high -- has a backyard space -- it's like a townhouse and

10    it has a high backyard space, like a patio, that's

11    completely fenced in -- I don't know why I said a high

12    backyard.  It has a backyard patio with fences, high fences

13    that go all the way around it that's completely fenced in,

14    and so we would ask that he be allowed to not just be in the

15    home but be on the patio.

16          Among other things, I mean, he can take the dog

17    out to take care of the dog's business and he can contribute

18    to the household in that way.

19          Other than that, you've gotten a lot of

20    information and I don't have anything further at this time.

21          THE COURT:  Can I --

22          MR. UNGVARSKY:  Oh, I should say, his wife is here

23    in the courtroom.

24          THE COURT:  So that was actually part of what I

25    wanted to talk to you about just in terms of -- you mean --

1    you indicated that she can serve as a third-party custodian.

2    She's been cleared by Probation -- or by Pretrial.  But what

3    I don't have is any further information about what her

4    occupation is, if any; who else lives in the house,

5    if anyone; what the expectation would be about the number of

6    hours she would be in the home on a daily basis; what we

7    know about the WiFi capability in the house, devices in the

8    house.  That information is sort of not before me.

9            MR. UNGVARSKY:  Okay.

10           So she's a professional.  She's a nonprofit

11   consultant.  She previously was employed as an employee, but

12   she's a nonprofit consultant having her own business.  She

13   works out of the home.

14           She's a U.S. citizen.

15           She has -- she has already changed all of the

16   passwords and will not allow him to have access to any

17   Internet of any kind, whether it's the WiFi password to

18   computers or phones, you know; would change them again if

19   there's an order to change them right now or if the order is

20   to change them every week, she'll change them.

21           In terms of how often she'll be in the house,

22   she's in the house quite often.  And the answer to your

23   question is, she'll be in the house as often as she's

24   required to be in the house.  I mean, obviously there are

25   some times she'll have meetings out of the office, like the

```
 1    Court at 12:00, she does some Zoom work.  Obviously someone

 2    has to go grocery shopping.  But she's in the house a lot.

 3           There is no one else in the house at this moment.

 4    An 18-year-old son will be in the house for part of this

 5    summer.  He's currently away on, you know, like a trip,

 6    you know, vacation, international trip that they do after

 7    they graduate high school.  So he's 18, he's an adult, he's

 8    going to college in August.  But no one else lives in the

 9    house.  No children will be allowed to come over to the

10    house.  He won't -- so he'll have no contact with children

11    of any kind.

12           Toward the end of August, Mr. Carroll's wife

13    intends to take her younger child to college.  Obviously --

14    so she would be away for a couple of days.  That's a good

15    bit of time away from now.  I'm highlighting it now to you,

16    I'm highlighting it to Pretrial because, before that

17    happens, you know, if the Court's order is someone else

18    needs to be there during those days, then there's a

19    brother-in-law who's an attorney in Virginia, there's -- and

20    there are other relatives who could be in the house,

21    you know, if there's a requirement that someone else is

22    there with him, or if the requirement is that a bondsman is

23    in the house if there's no relative who can do it and we

24    just hire a bondsman.  I'm just, you know --

25           And I will say, his -- you know, for her privacy,
```

1    I was -- you know, I was calling her a spouse, I didn't put

2    her name in, I didn't put the address in the papers because

3    there was some -- there's been some personal attacks against

4    her that I've seen, and there have been some challenges.

5            I will say, she is appalled by what she has read

6    and is very displeased and concerned and will -- and I'll

7    use sort of the colloquial, will drop a dime if he violates

8    in any single way at all.  Like this is the opportunity.

9            And so she is very strong that she's not there to

10   help him but, you know, in the sense of do things he

11   shouldn't do, she's there to help him do things he can do,

12   which is be with her, be with the family, you know, work

13   better with -- you know, not better, but more easily with

14   his lawyer.

15           I think I answered those questions.

16           THE COURT:  You did.  Thank you.

17           So I want to just be candid and give you my

18   thoughts and give you an opportunity to respond.

19           I mean, what -- I think you're right in one sense

20   that we've seen worse.  There is worse.

21           My concern is there are aspects of the behavior,

22   even sort of leaving aside the content and substance of it,

23   that give if me real cause for concern about the ability for

24   anybody to monitor him.

25           He's clearly a sophisticated person.  Even just

1    within this set of allegations, he moved between modes of

2    communication; understood that, you know, something like

3    Telegram was not likely to be -- is sort of a -- is a safer,

4    if you will, less traceable form of communication.  He

5    indicates to the undercover that he routinely deletes

6    communications because it's "safe" to do that.

7            So, you know, he's somebody who has shown and been

8    able to disguise himself even beyond just what you would

9    ordinarily expect somebody who's engaging in the kind of --

10   you know, communications he's engaging in to do.  And he

11   also -- that's one thing.

12           And the other thing that I think was particularly

13   troubling to me is that he -- the very day the Discord

14   account goes down, he immediately goes back up on two

15   different accounts, and one of them ultimately becomes the

16   one that -- you know, the communications.

17           And so, you know, there's a, for lack of a better

18   term, persistence in his desire to get online to engage in

19   these kind of communications, exchange images, among other

20   things.

21           And so, you know, I don't doubt for a moment that

22   his spouse is prepared to do all of the things that you say.

23   My concern is that you have a very smart, sophisticated

24   person who has spent some number of years deceiving not only

25   her, but his employer, employers, and has shown fairly

1    sophisticated means in being able to do so.

2            And, you know, given that we cannot have somebody

3    observing him 24 hours a day and that we do not have the

4    means to sort of real-time monitor any electronics that

5    might be in the house, I don't know that there are any

6    conditions short of pretrial custody that would ensure the

7    safety of the community.

8            MR. UNGVARSKY:  So I'll start with what the

9    Court -- you know, as the Court is talking about his

10   behavior, what I'm hearing is the behavior, talking about

11   persistence, I'm hearing the behavior of addiction.  I'm

12   hearing someone who's addicted to communicating with people,

13   primarily about adults and about adult sexual conduct or

14   interest.  And that's addiction.

15           THE COURT:  I'm not sure that helps him very much.

16           MR. UNGVARSKY:  I think it does.

17           THE COURT:  It's addiction in the sense of he's an

18   addict, he wants more of it, and he's going to continue or

19   at least he is tempted to continue to try and seek out that

20   type of stimulus.

21           MR. UNGVARSKY:  Well, the difference is --

22           THE COURT:  And I would --

23           MR. UNGVARSKY:  Yeah.

24           THE COURT:  -- disagree with you that it's largely

25   about adults.  It's actual fantasies.

1          MR. UNGVARSKY:  He's had eight months to dry out

2    from that interest.  And he's been jailed as a result of his

3    mistakes for these -- I think it's eight months, for these

4    eight months.

5          So if we were talking about other interests,

6    you know, sometimes we say, well, if we put someone in jail,

7    that's a way that they move -- you know, they sort of stop

8    doing it.

9          I'm not -- so I think what we have is, one, he

10   hasn't been doing it for eight months and he's in a

11   different place; two, he had an incredible shock and a

12   lesson by being jailed; three, I don't -- his wife can --

13   I mean, you know, if the Court wants, she can have her

14   electronics behind a locked door in a certain room so that's

15   like an extra level.  I actually think that even a

16   sophisticated person can't access the Internet if they can't

17   access the Internet, like if they don't have the passwords

18   and the tools, they can't access it.  And when someone

19   will -- is monitoring and will watch, you have that.

20         And I actually don't think, while he may have been

21   sophisticated in the sense that he knew to change or he had

22   the thought to change from one place to another, like the

23   Secretary of Defense, you know, using Signal, you know,

24   people know that maybe something else isn't as closely

25   monitored, he wasn't disguising himself.

1          I think when you look at the government's papers

2   and you see that he's, you know, using all of his own,

3   you know -- you know, he's using identifiers that identify

4   him, a British person here in the United States, his own

5   email addresses, his own phone numbers, there's no

6   disguising.  Like, there was no effort to -- I forget what

7   it is when people try to disguise their computers.  I don't

8   know what it's called, but you know what I'm talking about.

9   He didn't do any of that.  He didn't do that with any

10  computer that he used.

11          And he won't have a phone, you know, or at least

12  an Internet-enabled phone.  I don't know whether there will

13  be a landline or not -- I have a landline, so they still

14  exist -- but, you know, what they put for him to be able to

15  use.  So I think there will be a lot of, you know, there are

16  all these different barriers.

17          The other thing is -- and, to me, it's a step --

18          Oh, two other things.

19          One is, you know, eventually, you know, what's

20  valuable is some treatment, which he's getting none of at

21  the jail, or in the Department of Corrections, I should say.

22          And, you know, I didn't include in the motion

23  because that has its own issues, because like, would it be,

24  you know, if it's Internet based, then he's using the

25  Internet.  And if it's out of the house, then it's medical

1    out of the house.  But my feeling was, I work on lining up

2    mental health care and then propose a supplement that

3    addresses that.

4            And then the final thing is, and I don't know how,

5    you know, Your Honor's court exactly has the ability, but,

6    I mean, state and federal courts in Virginia have this

7    ability, and I think the family could pay for this if

8    needed, there's monitoring software of the computer.

9            And so while his wife would prefer that there not

10   be monitoring software of her work computer, you know, she

11   would accept monitoring software of her work computer so

12   that when you raise that there's no real-time monitoring,

13   there actually is real-time monitoring.  And, you know,

14   I just did a case in Arlington where there was real.

15           But, finally, I don't think --

16           THE COURT:  I should probably note, I don't think

17   our Pretrial Services, if I'm right about that, has

18   real-time monitoring, correct.  That's what -- I didn't

19   suggest the technology doesn't exist, it's saying that it's

20   not something Pretrial does.

21           MR. UNGVARSKY:  Okay.

22           And then finally, I think it's that, yes, we saw

23   this behavior during this period of time, but we also don't

24   see anything else in his life of any sort of misconduct, and

25   we see that he is someone who has -- like, this is his

1    opportunity to follow the rules.  This is his opportunity to

2    be with his family as his son is going to school and to help

3    me and to prepare for a trial.

4            But more than that, this is his opportunity to

5    show the Court that may sentence him and the prosecution

6    that may provide a plea offer, that, you know, at 56 years

7    old, you know, with -- you know, looking at mandatory

8    minimums that take him to past where the insurance folks

9    would say one can be, that he be worth the chance of

10   supervised release.

11           And so I think that you have -- he will not

12   violate -- he will not get on the Internet that he doesn't

13   have access to get on the Internet to, because if he does,

14   what's going to end up happening is, he's going to end up in

15   jail and then he's going to get clobbered; he's going to get

16   clobbered by them, he's going to get clobbered by the Court.

17   He's just not going to do it.  And I don't think he

18   actually -- he doesn't have an interest in doing that.

19   And there's many, many protective devices.

20           And if not, a person in the home who's there all

21   the time who won't let him use any Internet-enabled device

22   and a person who has -- you know, this is the first time

23   they're arrested in their life, it would be hard for me to

24   see with anyone charged with an offense that involves the

25   Internet, you know, could be released absent -- you know,

```
 1    if the requirement was, there must be real-time monitoring
 2    that might be helpful but the Court doesn't provide it.
 3    I think -- so that's my answer to that question.
 4              THE COURT:  Okay.
 5              Okay.  I don't think I have anything else at the
 6    time.
 7              MR. UNGVARSKY:  Very good.
 8              THE COURT:  I'll hear from the government.
 9              MS. SHINSKIE:  Thank you, Your Honor.
10              Your Honor, first, I just want to emphasize that,
11    as Your Honor clearly seems to understand from your line of
12    inquiry, the behavior that the defendant showed in this case
13    was extremely deceptive, and extremely, as you put it,
14    persistent, or as I might say compulsive.  We're talking
15    about a person that Discord returns show was online talking
16    to hundreds, perhaps thousands, of people about sexual
17    interests, some about adults but also about children.
18              THE COURT:  Well, so let me -- if I could
19    interject.
20              MS. SHINSKIE:  Yes, Your Honor.
21              THE COURT:  That's not something, and maybe I
22    missed it, but I don't know that I have information that the
23    government has evidence that there were hundreds of people
24    he communicated -- maybe that's true, but I just -- that
25    seems new to me.
```

1          MS. SHINSKIE:  It has been disclosed, just for the

2    record.

3          But, you know, you can see from the statement of

4    offense that's in our memorandum, like you said, that he had

5    an account from Discord that was shut down.  It was a cyber

6    tip that was suspected CSAM.

7          I think in one of Mr. Ungvarsky's filings, he

8    indicated that the government conceded that that was not

9    CSAM.

10          We have not conceded that.  We have not charged

11    him, because, under *Hillie*, it is a very difficult question

12    in our view, but we have not conceded that that image alone

13    would not be CSAM.  I'm just saying that is part of the

14    situation here.

15          And when that happened, he immediately set up a

16    new account.  And IPs indicate that at least one of those

17    accounts, I think it was created, but at least was being

18    operated from his workplace, which involves children, as we

19    all know, at a young age.

20          So we know that he's not just doing this in some

21    isolated, compartmentalized place in his life where he's

22    able to enjoy this.  He is in the presence of little kids at

23    work.

24          And he is hiding this part of his life, not just

25    from that, but also from his wife and his children and

1    everyone else in the household that is being proposed as the

2    custodian here.

3            This kind of behavior, it is sophisticated, it is

4    compulsive, and it is something that we have no assurance

5    that he would be able to stop even if he wished to.

6            He's not an 18-year-old who just got in trouble

7    for the first time.  He's a 56-year-old man who has been

8    engaged in a secret life, apparently, for a very long time,

9    he has been very good at hiding it.  And we can see from

10   what's in the Statement of Facts, as Your Honor pointed out,

11   he has techniques that he has developed to try to hide this.

12           He's aware that Telegram is less cooperative with

13   law enforcement and that's the safer place for him to do

14   things.  And he specifically engaged -- and, again, this

15   kind of goes to the Discord returns with people.  He talks

16   about, "I'll get my stuff off of Tele," when he's talking to

17   Disgram [sic].

18           He talks about some material that clearly in

19   context he understands he can't safely share on Discord.

20   I don't know what it is because we haven't seen it or found

21   it, but that suggests, at least in his mind, a knowledge of

22   the danger of the certain material that he's referring to

23   that got him caught to begin with on the cyber tip.

24   He knows what it is.

25           And he knows there's a risk.  And so like when

1    we're standing here today and he's trying to convince

2    Your Honor that he's aware of this terrible risk and he

3    would never risk going back to jail, I don't believe we know

4    that.  I believe this man is smart enough to understand that

5    he was always facing a risk, and, boy, did he flaunt that in

6    the face of not just his family but people that were

7    trusting him in the community.

8           And beyond that, when this Court has released

9    people pretrial in cases like this, in my experience, those

10   conditions have been extremely stringent.  And defense has,

11   I think, offered three cases as an analogy.

12          One of them was Willis, Jonathan Willis.  That

13   case, Judge Faruqui had released the defendant into a

14   situation where he had two retired parents who were fully

15   able to devote themselves to monitoring their adult son.

16   They lived in Michigan so they were also kind of in a

17   different setting where there were more opportunities with

18   Pretrial in that state to do supervision.  They lived in a

19   single-family home that was removed from immediate

20   neighbors.  And those parents came up with a plan that was

21   extraordinary.  It was a tag team effort where 24 hours,

22   seven days a week some of them or one of them was able to

23   watch him.  They took off the door of his bedroom.  They had

24   no Internet-enabled devices.  I mean, it really was an

25   incredible -- and both Judge Faruqui and, I believe it was

1    Judge Howell who affirmed, they agreed that that was a

2    unique set of circumstances that the defendant in that case

3    was able to come up with.

4             That is not what's being proposed here.  First of

5    all, there is an insufficient record.  If Your Honor is

6    seriously considering doing this today, the government would

7    ask that we at least be able to examine the witness who is

8    proposed as the third-party custodian and that we get a more

9    complete record about what that would look like.

10            But even from what I can tell as I stand here,

11   we're talking about a woman who has a job, who works online,

12   who would need her computer ostensibly to do her work and

13   would need to direct her attention to her work at some level

14   and also to her child who is about to go to college and her

15   older child who is in college.  She has other things that

16   are going on, as far as I understand it, and would not be

17   able to watch him to the degree that would be necessary to

18   assure us that the community could be safe from his

19   impulses.

20            It's also a townhouse, where I don't know what the

21   record would reflect at this point, but there are probably

22   neighbors very close, perhaps children.  We would have to

23   examine that and figure out what that looks like.

24            It's very hard to imagine a scenario in the modern

25   world, especially in the townhouse community like that,

1    where you wouldn't have some WiFi or some way to get on the

2    Internet with some Internet-enabled device.  We would have

3    to produce a record that showed what those circumstances

4    were.

5            The other cases, I think, that I recall the

6    defense citing, one of them was Jason Rehman, R-e-h-m-a-n.

7    That case was unusual in the sense that the government did

8    not appeal Judge Faruqui's order, and that was -- it was old

9    conduct, essentially.  The offense had occurred in 2018.

10   The defendant was arrested years later, and I believe that

11   that hearing didn't occur until like 2023.  There had been

12   like four intervening years because that investigation had

13   lingered.  And I think that was the main reason that the

14   government had not felt like it was in a position to say we

15   need this person detained because he'd been out in the

16   community for around four years since he had been -- since

17   the investigation had started.

18           And, finally, *Hite* was the other case, which is

19   old, it's from 2012.  And, you know, even in that case,

20   there was a serious question, I believe, in that case, about

21   what the law was with respect to that charge, and we all

22   know that that was resolved later.

23           But I think the bulk of these cases, as Your Honor

24   is aware, this presumption is very difficult to overcome,

25   and if it is going to be overcome, there needs to be a very

1    robust record of how this person has proposed the custodian

2    can really provide sufficient coverage for this person.

3            THE COURT:  Can I ask you, are there any set of

4    circumstances that you believe would be sufficient?

5            I mean --

6            MS. SHINSKIE:  In theory?

7            THE COURT:  -- I'm not asking you to sort of bet

8    against yourself, but I am curious if the government

9    believes that there are any more stringent conditions than

10   those that are proposed that would satisfy the Bail Reform

11   Act standard.

12           MS. SHINSKIE:  I mean, I do think that the

13   conditions in *Willis* were pretty extraordinary and they

14   really did manage to cover objections that could have been

15   raised.

16           In that case we did also object, frankly, but that

17   was an extraordinary record.

18           And I think one of the main elements of that, like

19   I said, is that they had two adults who were fully able, not

20   just one to replace the other when they're not available,

21   but two people, like a redundancy that was built-in the

22   entire time.

23           You know, I think you could imagine a situation

24   where people were so devoted to that exercise that they were

25   able to surveil someone like that.

1              I think it's going to be problematic in a case

2    where you're talking about proposing a third-party custodian

3    who was living with the defendant at the time that the

4    offense was occurring over a long period of time and had no

5    inkling of that happening.  It's just -- I mean, she didn't

6    know and it was happening right under her nose.  And no

7    fault to her obviously, it just means that he's very good at

8    hiding this behavior from her, and there's no reason to

9    think that she would be able to see it any more clearly.

10   It's troubling.

11             And these people obviously love their family

12   member, it's great that they're offering him support, but

13   they're probably not the right person to be objectively

14   monitoring this kind of behavior.  It's difficult.

15             But I do think, in theory, you could have a

16   circumstance where there were people who were able to do

17   that and willing.

18             I mean, it's an extraordinary sacrifice for

19   somebody to have to basically stop their life and their

20   access to the Internet and everything else so they can

21   provide that kind of monitoring.

22             THE COURT:  Okay.

23             Did you want do -- I mean, I think it's in your

24   papers, but did you want to address the strength of the

25   evidence factor?

1          MS. SHINSKIE:  In the government's view, this is

2    not a weak case.

3          I mean, I think when it's compared to *Nitschke*,

4    like this is not the same situation.  In that situation,

5    what was unique about it was the UC was talking to somebody

6    and the UC had already made a plan for what he was going to

7    do.

8          THE COURT:  Right.

9          MS. SHINSKIE:  So there was no coercion of the

10   child.  The fictional child had already agreed to do this

11   sexual act and it was going to happen no matter what.  So

12   that defendant was never in a position to coerce anything.

13   Totally different than this situation.

14          And I think that -- I included a lot in the record

15   so that Your Honor could see what was in those

16   conversations.  And you can see from the record that the

17   defendant was repeatedly offering advice.  He sent videos

18   that he wanted shared with the child.  Like, that is

19   sufficient under the law in the government's view certainly

20   for probable cause.  He's been indicted.  But we think also

21   for a jury.  But certainly it will be a question for a jury,

22   in the government's view.

23          THE COURT:  Okay.

24          All right.  Anything else you'd like to add?

25          MS. SHINSKIE:  No, Your Honor.  Thank you.

1          THE COURT:  Mr. Ungvarsky, do you want to be heard

2    in response?

3          MR. UNGVARSKY:  Your Honor, just a couple of

4    things.

5          First, I mean, the evidence is not that it was

6    happening for a very long time, which the government twice

7    said.  The evidence that we have said that it happened for a

8    brief period of time.

9          In terms of not wanting to see things --

10         THE COURT:  Well, I'm sorry to interrupt you.

11         But she had referenced that there were, I think

12   she used the term hundreds of such conversations.

13         MR. UNGVARSKY:  If there were, and it were

14   provided in discovery, and I'm not disputing that there were

15   and that it was provided in discovery, I have not observed

16   that in discovery, like that's not something that I noted.

17   So that rang new to me.  But I'm not saying because the

18   government misspoke, I'm simply saying that's not something

19   I've seen.

20         But the conversations were not about children.

21   The other conversations that I have seen -- so when I

22   reference saying that like the vast majority of

23   conversations were about adults, because the other

24   conversations that I've seen concerned adults, adults,

25   interest in adults, and that the interest in children

1    conversations, what I've seen, was with this undercover and

2    what's in the briefing.

3                THE COURT:  Right.

4                MR. UNGVARSKY:  I do want to -- I think when --

5    you know, the idea that there are things that people send

6    out that they then delete, well, we have the very great

7    example of that in the government's pleading, I think it's

8    on page 30.  There's a typo where the government references

9    that the undercover sent Mr. Carroll an image.

10               THE COURT:  Yeah, I figured that was a typo.

11               MR. UNGVARSKY:  That's Mr. Carroll.  That's the

12    exact kind of image that one then wants to delete.  That's

13    an image of himself, by himself, engaging in an act that one

14    doesn't necessarily want out there.

15               So --

16               THE COURT:  Yeah, but he deleted more than that.

17               MR. UNGVARSKY:  Pardon?

18               THE COURT:  He deleted more than that.

19               MR. UNGVARSKY:  I understand that, Judge.

20               But when we're talking -- but much of what was

21    deleted were again -- you know, again, if you look at the

22    texts or the messages, again, were adult videos, adults

23    doing things with adults or by themselves as adults.

24               I think the government has a lot of -- you know,

25    there's a lot of sort of hypothetical concerns that sort of

1   come -- you know, that really aren't grounded, my view,

2   in the matter.

3          I'm also -- you know, the idea that -- like, the

4   government suggested they'd rather be -- parents who live in

5   another state halfway across the country is a better

6   place -- well, his -- you know, that's obviously not a

7   situation he can do -- than the person who lives in the home

8   in this very district monitored by our own Pretrial

9   Services.  The idea that, like, well, the wife obviously has

10  an interest in helping him or loving him and wants to do

11  right by him.  Well, so do parents.

12         So obviously the Court is not -- these cases that

13  I provided are not -- they're not controlling precedent in

14  the slightest.  They were in rebuttal to the government

15  saying that it was only in exceptional circumstances that

16  courts in this district provided release.  And I gave seven

17  examples; three in the body of the reply, four in the

18  footnote.

19         I didn't, like, spend, you know, exhaustive time

20  finding examples, I found examples, because courts in this

21  district do provide release because courts in this district

22  follow the law, and there is no exceptional circumstances

23  requirement.

24         In fact, the law is exactly the opposite.  It's

25  the government that has the burden to provide the clear and

1    convincing evidence in support of its detention request.

2          You know, his wife works at home.  That is

3    something that I think would be wanted, somebody who's at

4    home where he would be, not someone who goes to an office

5    and is away during the day.  So the fact that she's at home,

6    you know, is a plus, not a negative.

7          And, yes, she's one person, not two parents; but

8    I think, with the exception, I think, of the case that the

9    government sought to distinguish, all the other cases,

10   there's one custodian.  It's one very, very responsible

11   custodian; you know, a person who's been married to him for

12   a really, really long time, who's a professional, who's come

13   to court, who has made the decision, after careful

14   contemplation and consideration, that she will do this with

15   the idea that, like, this is the chance.

16         And if he fails, he fails.  She doesn't think he

17   will fail and I don't think he'll fail and he doesn't think

18   he'll fail.

19         But you know, she's not doing it to -- you know,

20   this isn't like the -- you know, the 20-year-old

21   "girlfriend" of the defendant, you know, who's supposedly

22   going to watch the defendant.  She's actually older than he

23   is, as it turns out, I believe.  Sorry for putting that on

24   the record.

25         And she's willing to do whatever conditions, and

1   we're willing to do, you know, whatever conditions are

2   believed to be necessary, you know, and I think that's

3   meaningful.

4           You know, short of moving out of the district,

5   you know, I mean -- I can't even believe that, like,

6   somehow, when I read that order and I thought, gee, the

7   judge let the person move out of the district, that would

8   never happen.  I appreciate knowing that maybe that's where

9   I should be looking, sending him to another part of the

10  country.

11          This idea, the hypothetical, there's been

12  extensive investigation of Mr. Carroll by federal law

13  enforcement, by civil authorities, there's been extensive

14  publicity.  And there's been no problems with him and

15  children in any way, actual, real, live children; not at

16  work, not in his family, not in his extended family, not at

17  his home, not in his neighborhood, not in any way, and we

18  ask the Court to find conditions and release him pretrial.

19  Thank you.

20          THE COURT:  Can I just hear from Pretrial and get

21  your thoughts.

22          PRETRIAL SERVICES OFFICER:  Good afternoon,

23  Your Honor.

24          THE COURT:  Good afternoon.

25          PRETRIAL SERVICES OFFICER:  Our position,

1    our recommendation remains the same.

2           And then also I just wanted to put on the record

3    that we don't do --

4           THE COURT:  I'm sorry to interrupt you.

5           When you say your recommendation is --

6           PRETRIAL SERVICES OFFICER:  No combination of

7    conditions can -- yes.

8           THE COURT:  Your view is that pretrial detention

9    is appropriate?

10          PRETRIAL SERVICES OFFICER:  Yes.

11          We don't do home visits in our district, and we

12   don't do computer, phone monitoring.

13          I think the reason, if I can speak on the *Willis*

14   case, because it was my defendant, it worked in Michigan

15   because they do home visits and they do electronic and phone

16   monitoring, and he had very, very extensive conditions.  And

17   I sent the conditions to your law clerk if you wanted to

18   look at them.

19          THE COURT:  Can I just ask, if there were to be a

20   monitoring software, and I know you don't have it, but I'm

21   sort of curious, you know, with a GPS device, for example,

22   if somebody goes outside the radius, there's an automatic

23   alert that notifies Probation -- I mean, Pretrial that the

24   person is outside the restricted area, what is the sort of

25   communication, do you know, in terms of reporting if there's

1    a violation of online terms or even if somebody has gotten

2    on, period, how is that -- how could a software even know

3    who the user is?

4            PRETRIAL SERVICES OFFICER:  That would be a

5    question for my supervisor.

6            THE COURT:  Okay.

7            PRETRIAL SERVICES OFFICER:  I'm not sure on that

8    answer.  I apologize.

9            THE COURT:  No.  That's okay.  I was just curious.

10           PRETRIAL SERVICES OFFICER:  But for our GPS

11   device, yes, the minute he exits that inclusion zone, I get

12   an alert within seconds.

13           THE COURT:  Right.  Right.

14           Yeah, that I get.

15           I was just curious how that worked otherwise.

16   Okay.

17           Can I just ask -- thank you.  Nothing further.

18           Government counsel, can I -- can you just

19   elaborate.

20           I asked you about this earlier and I perhaps

21   didn't give you an opportunity to elaborate.  You did

22   reference more sort of, you know, dozens if not more

23   communications.

24           MS. SHINSKIE:  Yes, Your Honor.

25           THE COURT:  Can you give me some better

```
 1    understanding of what you're talking about?

 2              MS. SHINSKIE:  Yes.

 3              And could I --

 4              Mr. Ungvarsky, did you receive our Discord

 5    returns?

 6              MR. UNGVARSKY:  Did I receive what?

 7              MS. SHINSKIE:  The Discord returns that we had for

 8    your client?

 9              MR. UNGVARSKY:  I can't say anything more than I

10    said.  I don't know whether -- I don't know.

11              I'm not saying I didn't.  I want to really be very

12    clear.  I just don't know.

13              MS. SHINSKIE:  There is a portion in our memo

14    where we're talking about the defendant communicating to a

15    Discord user, I think it was like UC40, or something like

16    that.

17              THE COURT:  Right.

18              MS. SHINSKIE:  That is not the undercover officer,

19    just to be clear.

20              THE COURT:  Right.

21              MS. SHINSKIE:  So that was --

22              THE COURT:  That's the one that led to the --

23              MS. SHINSKIE:  Exactly, yes.

24              THE COURT:  -- to the count being terminated.

25              MS. SHINSKIE:  Yes.
```

1          So we, you know, did a search warrant for the

2     Discord returns of both of those accounts, and the returns

3     are just, I mean, voluminous.

4          THE COURT:  When you say "both of those accounts,"

5     you mean his as well as the person he was communicating?

6          MS. SHINSKIE:  I'm sorry, no, both of the

7     defendants' Discord accounts that were identified, or maybe

8     there were three even actually.

9          THE COURT:  He had three.

10          MS. SHINSKIE:  The ones that were referenced in

11     the memo, we received returns from those accounts.

12          THE COURT:  Okay.

13          MS. SHINSKIE:  And so, you know, the data that

14     came back with that, you know, like it had hundreds of,

15     perhaps thousands, of unique conversations in various

16     channels.  I can't say that I can tell you comprehensively

17     what all of them were, but many of them were -- well, most

18     all of them were of a sexual nature that discussed various

19     sort of tactics of, you know, how he would hide material.

20          If Mr. Ungvarsky has not seen this, I do feel like

21     I need to get this out so he has specifically seen these

22     particular things before I rely on it too much, but my

23     recollection is that there -- you know, we did find

24     conversations with other Discord users where there was

25     discussion of material involving kids and discussion of,

1    you know, well, I can't get that here or on Telegram, we'll

2    find that on Telegram.  That's what I'm referring to is that

3    kind of thing.

4            The thing that really just struck me about it that

5    was just the volume.  I mean, the number of conversations,

6    the times of day, the persistence of it all, which was very

7    apparent from looking at that.  So that's what I'm referring

8    to, is just that background.

9            THE COURT:  I mean, can you -- I mean, look, it's

10   difficult to ask you, as you're standing here today, to,

11   I think, sort of precisely identify quantity and content,

12   but I mean, is it your understanding that among the other

13   communications were communications that are like the ones

14   that are at issue in the case and specifically ones that

15   involve efforts to coerce?

16           MS. SHINSKIE:  No, Your Honor.

17           If we had seen that, that would be the subject of

18   another criminal charge, no.

19           THE COURT:  Right.  Okay.

20           So then when you're referring to other

21   conversations, and I thought you referenced children, what

22   do you mean?

23           MS. SHINSKIE:  So, for example, like a

24   conversation where they're talking about a sexual interest

25   that's shared between the two people and someone says,

1    you know, what's your age range, what do you like?  8 to 10,

2    or boys, or this or that, that kind of thing.

3              It's clear that they're talking about not

4    necessarily like in life, real life abuse of children, but

5    they're looking at -- they enjoy looking at images of

6    children in that age range.

7              THE COURT:  Okay.

8              And I take it the government --

9              MR. UNGVARSKY:  Can I just have one moment, Judge?

10             (Counsel conferred off the record.)

11             MS. SHINSKIE:  I'm sorry, Your Honor.

12             THE COURT:  I take it the government -- well, let

13   me ask:  Have you -- was there an effort to locate images of

14   children on his various devices that you were able to

15   acquire or access the accounts?

16             MS. SHINSKIE:  Yes.

17             So from our investigation, it appears that if

18   there were, the material that had been perhaps discussed in

19   these Discord chats, that it was being stored or used in

20   Telegram, like that there was a conscious awareness that

21   that was the place that you would share it or access it.

22             THE COURT:  Right.

23             MS. SHINSKIE:  And that is not something we've

24   been able to access and we would need to get into the

25   device.

1          THE COURT:  In other words, there's some

2     suggestion that if there were such material, it would have

3     been through Telegram, but you can't get access to Telegram.

4          MS. SHINSKIE:  That's right.

5          THE COURT:  Right.  Okay.

6          Okay.

7          MS. SHINSKIE:  Just really quickly, too, I believe

8     that factually, the circumstances in *Hite* also involved two

9     parents or two adults who were proposed as custodians, but

10    just off my recollection.

11         MR. UNGVARSKY:  Judge, may I just?

12    My recollection is refreshed.

13         Okay.  So my recollection is refreshed as to these

14    other messages.

15         And what I have -- what I have seen is, I had

16    forgotten.  Extensive notes from the Federal Public

17    Defender's Office concerning those messages.  So I had not

18    seen the messages, but now I'm remembering that I, very

19    recently actually, went through very extensive notes, okay.

20         So what I observed -- and the reason why I don't

21    think I paid much attention is because what I observed in

22    the notes was, there didn't seem to be anything remotely

23    actionable in any of that content.  Like I didn't look at

24    that content and think, oh, God, this is, like, more of a

25    problem.

1          You know, there was a -- there was one

2    reference -- and at no time -- so I didn't see --

3    I didn't see content that concerned, like, you know,

4    Internet communications.

5          The content really that I saw there, he might say

6    something like, I'm going to give an example but I want you

7    to let me finish, you know -- you know, I've got my --

8    you know, I have these -- and then he'll -- nephews who are

9    of this age range, I forget whether it was 6 and 8 or 8 and

10   10 or something, and I really like looking at them in their

11   area, you know, their private area, and he might give a

12   couple of contexts.

13         So that was somewhat concerning until it became

14   clear to me that those people don't exist, there are no --

15   and there never have -- those nephews don't exist.  His

16   nephews are adults.  You know, there's no one like that.

17         So I say that because, you know, the one thing

18   that I saw that made me anxious as his lawyer, I then

19   investigated and it was fantasy.

20         And there was nothing in those notes, of those

21   very detailed notes of those messages that suggested any

22   other criminal activity, which is why I felt comfortable

23   writing in my pleadings as I wrote in my pleadings.  But if

24   there's other questions about that.

25         THE COURT:  No, I don't think so.

```
 1              MR. UNGVARSKY:  Okay.

 2              THE COURT:  All right.  Just bear with me,

 3   everyone, for a moment.

 4              Just give me a couple minutes.  I want to just

 5   think a few things over and I'll be right back.

 6              COURTROOM DEPUTY:  All rise.

 7              This Court now stands in recess.

 8              (Recess from 12:22 p.m. to 12:30 p.m.)

 9              COURTROOM DEPUTY:  All rise.  The Honorable

10   Amit P. Mehta again presiding.  Please be seated.

11              THE COURT:  All right.  Counsel, can you all come

12   back at 2:00?

13              MS. SHINSKIE:  Yes, Your Honor.

14              THE COURT:  Are you available at 2:00?

15              I just want to -- I've got another matter at

16   12:30, but I also want to give this some thought and don't

17   want to rush things.  So if you can come back at 2:00, that

18   would be great.

19              MS. SHINSKIE:  Thank you.

20              THE COURT:  Okay.  Thank you, all.

21              COURTROOM DEPUTY:  All rise.  This Court is now in

22   recess.

23              (Recess from 12:31 p.m. to 2:15 p.m.)

24              COURTROOM DEPUTY:  Your Honor, we're now

25   re-calling for the record Criminal Action 24-544,
```

1    United States of America versus James Carroll.

2            All parties previously present are present in

3    person.

4            THE COURT:  Okay, everyone.  Thank you for coming

5    back and thanks for the additional patience and the

6    additional time.

7            All right.  So let me just go ahead.  I've had an

8    opportunity to think through the request for pretrial

9    release and let me go ahead and make my ruling.

10           So Mr. Carroll stands charged with two counts of

11   attempted coercion and enticement of a minor and attempted

12   sexual exploitation of a child.  Both offenses are crimes of

13   violence involving a minor victim that created a rebuttable

14   presumption that the defendant constitutes a danger to the

15   community and that no pretrial release condition or

16   combination of conditions may be imposed to ensure the

17   safety of any person or the community.

18           The defendant must come forward with evidence to

19   rebut that presumption, and I can say that he has done so

20   based upon, among other things, the absence of any criminal

21   history, as well as the proposal to have his spouse serve as

22   a custodian, among other things.

23           That said, even though he has overcome the

24   presumption, the presumption remains a factor in the

25   ultimate analysis, and that ultimate question is whether the

Case 1:24-cr-00544-APM    Document 31    Filed 08/13/25    Page 44 of 68

44

1    government has shown by clear and convincing evidence that

2    there's no condition or combination of conditions that will

3    ensure the safety of any person or the community.

4         In making that determination, I am required to

5    consider four factors:  They are the nature and

6    circumstances of the offense charged, the weight and

7    evidence against the defendant, the history and

8    characteristics of the defendant, and the nature and

9    seriousness of the danger to any person or the community.

10        In making that assessment, I must identify what

11   the precise danger is that the defendant poses; and in this

12   case, it is that the defendant will continue to attempt or

13   coerce -- attempt to coerce or entice a minor or sexually

14   exploit a child.

15        So turning first to the nature and circumstances

16   of the charged offense and the weight of that evidence, I'll

17   consider the first two factors together.

18        From November 5th of 2024 through November 14th of

19   2024, Mr. Carroll engaged in online communications with an

20   undercover officer about sexual acts between the undercover

21   and a fictitious minor.  I won't go into details about the

22   communications, they're laid out in the government's

23   motion -- or opposition, I should say.  I will say, however,

24   that they are sort of lurid and perverse.  And suffice it to

25   say for present purposes, in the communications, that the

1    defendant encourages the UC to engage in mutual acts of

2    urination between the undercover and the fictitious child,

3    as well as mutual acts of oral sex between the undercover

4    and the fictitious child.  Part of that encouragement

5    involved sending at least one adult video intended for the

6    undercover to show the child to engage in those types of

7    acts.

8            The weight of the evidence with respect to those

9    charges, and here I will diverge with the defense,

10   I actually do think the weight of the evidence favors the

11   government here.  I don't think this case is like the

12   *Nitschke* case that the defense has relied on.

13           At least as to Count 1, under the D.C. Circuit's

14   decision in *Hite*, H-i-t-e, what the government must prove in

15   such a case is that when an adult intermediary is involved,

16   the defendant's interaction with the intermediary must be

17   aimed at transforming or overcoming the child's will.

18           And here, there are multiple examples of that

19   throughout the communications.

20           For example -- and I'll just refer to the page

21   number in the government's opposition -- on page 25, Mr. --

22   or the defendant, Mr. Carroll, tells the UC, the undercover,

23   what to tell the child to get him to engage in certain acts.

24           At page 29, he advises the UC what he should do

25   and say to the child to get him to engage in certain acts.

1    At page 30, he sends a video to the undercover

2    depicting images of the acts, although admittedly those acts

3    involved adults, but nevertheless the video is meant to be

4    shown to the child to encourage the child to engage in

5    certain acts.

6    And on page 36, he engages in communications and,

7    in fact, describes the sequencing of acts and what the --

8    and what to tell the child to get him to engage in certain

9    acts.

10    Mr. Carroll's communications and his encouragement

11    and advice, instructions, sending of the video are precisely

12    the type of acts that courts have found are aimed at

13    transforming or overcoming a child's will, and I think do

14    satisfy, at least certainly at this stage, demonstrating not

15    just probable cause but the strength of the government's

16    case against the defendant.

17    And I will just note that there has not been any

18    real dispute about the weight of the evidence as to the

19    second count.

20    So I do think that the first two factors do weigh

21    in favor of pretrial detention.

22    As to the history and characteristics of the

23    defendant, Mr. Carroll is 56 years old, married, has two

24    older children, he has worked his life in childhood

25    education.

1          At the time of the events, he was the head of a

2     preschool in northwest Washington, D.C.  No suggestion or

3     indication that he was anything other than an excellent

4     educator.

5          And, importantly, as the defense has noted,

6     there's no allegation of any actual sexual misconduct

7     involving a real child, either directly or online.  The

8     defense correctly points out that this matter was thoroughly

9     investigated not only by law enforcement but also by the

10    school.  The conduct has received news attention and,

11    at least to the Court's knowledge, no one has come forward

12    to allege that Mr. Carroll did anything that would be

13    criminal toward any child.

14          That said, those favorable factors, I do think,

15    are at least counterbalanced to a great degree by a number

16    of the features of the conduct that I think reflect on

17    Mr. Carroll's character and, frankly, reliability to monitor

18    him.

19          One is, he clearly led a highly deceptive life,

20    one that put him in a direct position of responsibility over

21    young children.  Perhaps in his mind he could restrain

22    himself and there was a line in his mind between what he was

23    doing online and the fantasies he was living out online, but

24    at a minimum, even if he had that capacity, and apparently

25    did so, it was incredibly irresponsible and dangerous.  And

1     it's not clear to me -- well, I'll just leave it at that.

2            There also is a compulsive and reckless quality to

3     his conduct.  As I noted earlier during our conversations,

4     literally the same day the Discord account was disconnected,

5     he immediately re-opened two more accounts.  That Discord

6     account that was disconnected itself traced to multiple IP

7     addresses, which means he was using multiple devices to

8     engage in these communications.  And importantly, he was

9     engaging in these communications at the school itself.  That

10    shows a level of compulsiveness and recklessness that

11    I think just heightens the danger that he presents.  I think

12    it's fair to contrast that kind of conduct and that kind of

13    behavior from someone who engages in it perhaps in the quiet

14    of their own home.  Mr. Carroll apparently didn't limit

15    himself in that way.

16           He also is clearly a very sophisticated user of

17    electronics and online communication platforms.  He did know

18    to switch over to Telegram, knowing and understanding that

19    that platform is a much safer platform in which to engage in

20    these types of communications, as it's not a platform that

21    I think is based in the United States and also does not

22    cooperate with law enforcement generally.

23           And he also very explicitly tells the UC that he

24    engages in periodic deletion of his messages because it is a

25    smart thing to do.  And, in fact, he did engage in the

1    deletion, not just of the video that he sent of himself, but

2    also of other messages that he was having with the UC, and

3    so he clearly is someone who understands the nature of his

4    acts and the nature of his conduct, but importantly also

5    understands how to protect himself and to cover his tracks.

6    All of these features of his conduct and his character, I do

7    think counterbalance those aspects of his history that

8    otherwise might favor pretrial release.

9           Finally, in terms of the nature and seriousness of

10   the danger, I think this factor sort of overlaps with the

11   first two.  But I will add I think it's important to

12   remember the following, and that is, although the case

13   itself, the conduct may have involved a fictitious child, to

14   Mr. Carroll, that child was very real.  This was not just a

15   fantasy.  He clearly actively believed he was engaging in a

16   conversation with someone who had a real-life child, who

17   Mr. Carroll, by his words and acts of sending a video, among

18   other things, encouraged that undercover officer to coerce

19   and entice that child into engaging in sexual acts and other

20   sort of perverse conduct.

21          I think it's also important to note that, at the

22   end of these communications, or at least so far as they have

23   been presented to me, this wasn't simply encouraging someone

24   else to engage in this behavior, that is, the UC.

25   Mr. Carroll actually asks the UC, or at least hopes --

1    clearly indicating an interest for the UC to return a video

2    to him of the conduct between him and the child; and

3    actually, this is at page 37 of the government's memo,

4    discusses what he would like to receive in the video

5    depiction involving the UC and the fictitious child,

6    actually spells out the acts -- or the images that he would

7    like to see shown and depicted in the video.

8            I think all of this makes very real that

9    Mr. Carroll presents a risk not just to obviously fictitious

10   children, but actual children, and any idea that he can

11   distinguish between the two is certainly belied by the acts

12   that he engaged in here.

13           Certainly considered the defense proposal of

14   having a third-party custodian, the taking away of devices

15   and the like, and I just simply cannot conclude that those

16   conditions are sufficient.

17           For one, although I don't doubt that his spouse

18   would do the best that she can to monitor him, she has her

19   own life to lead, including her own work, and it is simply

20   not possible, nor should anyone expect, that she would

21   monitor him even if not 24 hours a day, certainly the number

22   of hours a day it would require to ensure that Mr. Carroll

23   is not engaging in conduct that could once more get him into

24   trouble and harm children.

25           Mr. Carroll obviously would not have access to

1    devices if that were a condition of release.  And even if

2    that condition were in place, along with password protection

3    and the like, I simply just don't trust, given his

4    compulsiveness and his demonstration of a high degree of

5    sophistication, that he won't be motivated to somehow gain

6    access to devices, either those that are already in the home

7    or ones that he could acquire by other means.

8            Pretrial services does not perform home visits to

9    conduct searches and it does not monitor existing devices,

10   and so there's simply no way for the Court to ensure that

11   Mr. Carroll has not come into the custody of an electronic

12   device and is then able to engage in online communications

13   and get on the Internet and keep that secret from his spouse

14   in the same way that he has kept his conduct from her for an

15   extended period of time.

16           It is certainly true that if he were released on

17   pretrial release, he would have an incentive not to

18   re-offend and comply.  But he's also had that same incentive

19   all along, but his compulsion and addiction apparently has

20   been too great, and so I simply have no reason to believe

21   that just because he's been detained for eight months and

22   that he would be released, that his urges and some of the

23   issues, or psychological and emotional issues that have

24   brought him to this place have simply vanished, particularly

25   since he's not received any treatment, not through any fault

1    of his own, of course.  And I certainly don't have any kind

2    of evidence in the form of a Psychosexual Evaluation or

3    something similar before me that would suggest that

4    Mr. Carroll is of low risk to re-engage in this kind of

5    behavior.

6              So for all of those reasons, the Court will

7    conclude or has concluded that the government has carried

8    its burden and shown by clear and convincing evidence that

9    there's no condition or combination of conditions that will

10   ensure the safety of any person or the community.

11   So Mr. Carroll's bond motion will be denied.

12             All right.  Let's go ahead and set a next date.

13             Mr. Ungvarsky, what's your pleasure in terms of

14   coming back?

15             MR. UNGVARSKY:  Maybe 60 days.

16             THE COURT:  Okay.

17             So that puts us toward the end of September.

18             How about September 25th at 10:00 a.m.?

19             MR. UNGVARSKY:  Judge, I'm in trial then.

20             I could come back -- if you're looking at

21   Thursdays, I could come back the week of the 15th, including

22   either the 18th or 19th, or I could come back October 1, 2,

23   3.

24             THE COURT:  Let's do the 2nd at 10:30.

25             MR. UNGVARSKY:  That's good for the defense.

1          MS. SHINSKIE:  That's fine for the government,

2    Your Honor.

3          THE COURT:  Okay.

4          Mr. Ungvarsky, is Mr. Carroll prepared to toll?

5    I think -- is he prepared to toll time --

6          MR. UNGVARSKY:  Yes.

7          THE COURT:  -- through the 2nd?  Okay.

8          So I'll find that the ends of justice outweigh the

9    interests of the public and the defendant in a speedy trial.

10   Specifically, the exclusion of time is warranted to allow

11   the defense to continue to review discovery, consult with

12   Mr. Carroll about possible -- about a path forward, as well

13   as consider any motions practice that may be appropriate.

14         With that, is there anything else?

15         MS. SHINSKIE:  Nothing from the government,

16   Your Honor.

17         MR. UNGVARSKY:  Not from the defense.

18         THE COURT:  All right.  Thank you, all, very much.

19         COURTROOM DEPUTY:  All rise.  This Court is now

20   adjourned.

21         (Proceedings concluded at 2:33 p.m.)

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__August 12, 2025_____      _____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY:**
**[7]**  3/2 3/6 42/6
42/9 42/21 42/24
53/19
**MR. UNGVARSKY: [31]**
5/2 5/22 6/16 7/25
8/13 8/18 10/22 11/9
15/8 15/16 15/21
15/23 16/1 18/21
20/7 29/3 29/13 30/4
30/11 30/17 30/19
36/6 36/9 39/9 40/11
42/1 52/15 52/19
52/25 53/6 53/17
**MS. SHINSKIE: [36]**
4/4 4/8 6/22 7/15
7/20 8/11 20/9 20/20
21/1 26/6 26/12 28/1
28/9 28/25 35/24
36/2 36/7 36/13
36/18 36/21 36/23
36/25 37/6 37/10
37/13 38/16 38/23
39/11 39/16 39/23
40/4 40/7 42/13
42/19 53/1 53/15
**PRETRIAL SERVICES**
**OFFICER: [7]**  33/22
33/25 34/6 34/10
35/4 35/7 35/10
**THE COURT: [69]**

**1**
**10 [2]**  39/1 41/10
**10:00 [1]**  52/18
**10:30 [1]**  52/24
**11:30 [1]**  1/6
**12 [1]**  54/7
**12:00 [1]**  12/1
**12:22 [1]**  42/8
**12:30 [2]**  42/8 42/16
**12:31 [1]**  42/23
**14th [1]**  44/18
**15th [1]**  52/21
**18 [1]**  12/7
**18-year-old [2]**  12/4
22/6
**18th [1]**  52/22
**19th [1]**  52/22
**1st [1]**  8/3

**2**
**20-year-old [1]**
32/20
**20001 [1]**  2/6
**2012 [1]**  25/19
**2018 [1]**  25/9
**202 [2]**  1/15 2/6
**2023 [1]**  25/11
**2024 [2]**  44/18 44/19
**2025 [2]**  1/5 54/7
**20530 [1]**  1/14
**207-9710 [1]**  1/19
**22314 [1]**  1/19

**24 [3]**  1/5 29/21
50/21
**24-544 [3]**  1/4 3/7
42/25
**25 [2]**  1/5 45/21
**252-7688 [1]**  1/15
**25th [1]**  52/18
**29 [1]**  45/24
**2:00 [3]**  42/12 42/14
42/17
**2:15 [1]**  42/23
**2:33 [1]**  53/21
**2nd [2]**  52/24 53/7

**3**
**30 [2]**  30/8 46/1
**3249 [1]**  2/6
**333 [1]**  2/5
**354-3249 [1]**  2/6
**36 [1]**  46/6
**37 [1]**  50/3

**4**
**421 [1]**  1/18

**5**
**505 [1]**  1/18
**544 [3]**  1/4 3/7
42/25
**56 [2]**  19/6 46/23
**56-year-old [1]**  22/7
**571 [1]**  1/19
**5th [1]**  44/18

**6**
**60 [1]**  52/15
**601 [1]**  1/14

**7**
**7688 [1]**  1/15

**9**
**9710 [1]**  1/19

**A**
**a.m [2]**  1/6 52/18
**ability [3]**  13/23
18/5 18/7
**able [18]**  4/17 14/8
15/1 17/14 21/22
22/5 23/15 23/22
24/3 24/7 24/17
26/19 26/25 27/9
27/16 39/14 39/24
51/12
**about [45]**  5/21 6/20
7/2 7/10 7/14 10/25
11/3 11/5 11/7 13/23
15/9 15/10 15/13
15/13 15/25 16/5
17/8 18/17 20/15
20/16 20/17 20/17
22/16 22/18 24/9
24/11 24/14 25/20
27/2 28/5 29/20
29/23 35/20 36/1

58/7 38/14 38/22
39/3 41/24 44/20
44/21 46/18 52/18
53/12 53/12
**above [1]**  54/4
**above-titled [1]**
54/4
**absence [1]**  43/20
**absent [1]**  19/25
**abuse [1]**  39/4
**accept [1]**  18/11
**access [12]**  11/16
16/16 16/17 16/18
19/13 27/20 39/15
39/21 39/24 40/3
50/25 51/6
**account [5]**  14/14
21/5 21/16 48/4 48/6
**accounts [8]**  14/15
21/17 37/2 37/4 37/7
37/11 39/15 48/5
**acknowledge [1]**  9/8
**acquire [2]**  39/15
51/7
**across [1]**  31/5
**act [3]**  26/11 28/11
30/13
**Action [2]**  3/7 42/25
**actionable [1]**  40/23
**actively [1]**  49/15
**activity [1]**  41/22
**acts [17]**  44/20 45/1
45/3 45/7 45/23
45/25 46/2 46/2 46/5
46/7 46/9 46/12 49/4
49/17 49/19 50/6
50/11
**actual [5]**  9/13
15/25 33/15 47/6
50/10
**actually [13]**  8/19
10/24 16/15 16/20
18/13 19/18 32/22
37/8 40/19 45/10
49/25 50/3 50/6
**add [4]**  4/25 8/16
28/24 49/11
**addict [1]**  15/18
**addicted [1]**  15/12
**addiction [4]**  15/11
15/14 15/17 51/19
**addition [1]**  10/7
**additional [3]**  10/5
43/5 43/6
**address [2]**  13/2
27/24
**addresses [3]**  17/5
18/3 48/7
**adjourned [1]**  53/20
**admittedly [1]**  46/2
**adult [6]**  12/7 15/13
23/15 30/22 45/5
45/15
**adults [14]**  15/13
15/25 20/17 26/19

29/20 29/24 29/24
29/25 30/22 30/23
30/23 40/9 41/16
46/3
**advice [2]**  28/17
46/11
**advises [1]**  45/24
**affirmed [1]**  24/1
**after [2]**  12/6 32/13
**afternoon [2]**  33/22
33/24
**again [6]**  11/18
22/14 30/21 30/21
30/22 42/10
**against [4]**  13/3
26/8 44/7 46/16
**age [4]**  21/19 39/1
39/6 41/9
**Agency [1]**  3/11
**ago [2]**  3/22 5/4
**agreed [2]**  24/1
28/10
**ahead [4]**  8/2 43/7
43/9 52/12
**aided [1]**  2/8
**aimed [2]**  45/17
46/12
**alert [2]**  34/23
35/12
**Alexandria [1]**  1/19
**all [38]**  3/2 4/10
7/7 7/23 8/6 8/14
10/13 11/15 13/8
14/22 17/2 17/16
19/20 21/19 24/5
25/21 28/24 32/9
37/17 37/18 38/6
42/2 42/6 42/9 42/11
42/11 42/20 42/21
43/2 43/7 49/6 50/8
51/19 52/6 52/12
53/18 53/18 53/19
**All right [1]**  42/2
**allegation [1]**  47/6
**allegations [3]**  9/8
9/8 14/1
**allege [1]**  47/12
**allow [3]**  4/16 11/16
53/10
**allowed [2]**  10/14
12/9
**alone [1]**  21/12
**along [2]**  51/2 51/19
**already [4]**  11/15
28/6 28/10 51/6
**also [24]**  9/9 10/8
14/11 18/23 20/17
21/25 23/16 24/14
24/20 26/16 28/20
31/3 34/2 40/8 42/16
47/9 48/2 48/16
48/21 48/23 49/2
49/4 49/21 51/18
**although [3]**  46/2
49/12 50/17

**A**

**always [1]**  23/5
**am [2]**  26/8 44/4
**AMERICA [3]**  1/3 3/7
43/1
**AMIT [3]**  1/10 3/3
42/10
**Amit P [2]**  3/3 42/10
**among [6]**  10/16
14/19 38/12 43/20
43/22 49/17
**amongst [2]**  7/8 7/11
**analogy [1]**  23/11
**analysis [1]**  43/25
**another [5]**  16/22
31/5 33/9 38/18
42/15
**answer [3]**  11/22
20/3 35/8
**answered [1]**  13/15
**anticipate [3]**  4/19
5/1 6/25
**anxious [1]**  41/18
**any [35]**  5/7 8/6
9/16 11/3 11/4 11/16
11/17 12/11 13/8
15/4 15/5 17/9 17/9
18/24 19/21 26/3
26/9 27/9 33/15
33/17 40/23 41/21
43/17 43/20 44/3
44/9 46/17 47/6
47/13 50/10 51/25
51/25 52/1 52/10
53/13
**anybody [1]**  13/24
**anyone [3]**  11/5
19/24 50/20
**anything [17]**  4/25
7/3 7/5 7/8 8/9 8/16
8/17 10/20 18/24
20/5 28/12 28/24
36/9 40/22 47/3
47/12 53/14
**apologize [1]**  35/8
**appalled [1]**  13/5
**apparent [1]**  38/7
**apparently [4]**  22/8
47/24 48/14 51/19
**appeal [1]**  25/8
**APPEARANCES [2]**  1/12
1/24
**appears [1]**  39/17
**appreciate [3]**  5/8
5/9 33/8
**approach [1]**  4/5
**appropriate [5]**  6/11
6/15 7/16 34/9 53/13
**are [35]**  4/14 7/24
8/7 9/8 9/14 11/24
12/20 13/21 15/5
17/15 24/16 24/21
26/3 26/9 26/10 30/5
31/13 33/1 37/3
38/13 38/14 41/8

43/12 43/12 44/5
44/24 45/18 46/11
46/12 47/15 50/16
51/6
**area [3]**  34/24 41/11
41/11
**aren't [1]**  31/1
**Arlington [1]**  18/14
**around [2]**  10/13
25/16
**arrested [3]**  4/13
19/23 25/10
**as [49]**  3/19 5/9 5/9
5/11 8/5 10/6 11/1
11/11 11/23 11/23
15/9 16/2 16/24 19/2
20/11 20/13 20/14
21/18 22/1 22/10
23/11 24/8 24/10
24/16 24/16 25/23
30/23 32/23 37/5
37/5 38/10 40/9
40/13 41/18 41/23
43/21 43/21 43/21
45/3 45/3 45/13
46/18 46/22 47/5
48/3 48/20 49/22
53/12 53/13
**as his [1]**  19/2
**aside [1]**  13/22
**ask [9]**  7/7 10/14
24/7 26/3 33/18
34/19 35/17 38/10
39/13
**asked [1]**  35/20
**asking [5]**  5/4 5/14
5/17 5/17 26/7
**asks [1]**  49/25
**aspects [2]**  13/21
49/7
**assessment [1]**  44/10
**assurance [1]**  22/4
**assure [1]**  24/18
**attacks [1]**  13/3
**attempt [3]**  9/5
44/12 44/13
**attempted [2]**  43/11
43/11
**attention [3]**  24/13
40/21 47/10
**attorney [1]**  12/19
**ATTORNEY'S [1]**  1/13
**August [3]**  12/8
12/12 54/7
**authorities [1]**
33/13
**automatic [1]**  34/22
**available [4]**  4/14
4/16 26/20 42/14
**Avenue [1]**  2/5
**aware [3]**  22/12 23/2
25/24
**awareness [1]**  39/20
**away [5]**  12/5 12/14

**B**

**back [12]**  7/10 14/14
23/3 37/14 42/5
42/12 42/17 43/5
52/14 52/20 52/21
52/22
**background [1]**  38/8
**backyard [4]**  10/9
10/10 10/12 10/12
**Bail [1]**  26/10
**Barrett [1]**  2/5
**barriers [1]**  17/16
**based [3]**  17/24
43/20 48/21
**basically [2]**  5/17
27/19
**basis [1]**  11/6
**be [84]**
**bear [1]**  42/2
**became [1]**  41/13
**because [22]**  5/14
9/3 12/16 13/2 14/6
17/23 17/23 19/13
21/11 22/20 25/12
25/15 29/17 29/23
31/20 31/21 34/14
34/15 40/21 41/17
48/24 51/21
**becomes [1]**  14/15
**bedroom [1]**  23/23
**been [31]**  3/19 4/17
5/3 5/24 11/2 13/3
13/4 14/7 16/2 16/10
16/20 21/1 22/7 22/9
23/10 25/11 25/15
25/16 26/14 28/20
32/11 33/11 33/13
33/14 39/18 39/24
40/3 46/17 49/23
51/20 51/21
**before [8]**  1/10 3/18
5/25 7/8 11/8 12/16
37/22 52/3
**begin [1]**  22/23
**behavior [12]**  13/21
15/10 15/10 15/11
18/23 20/12 22/3
27/8 27/14 48/13
49/24 52/5
**behind [1]**  16/14
**being [7]**  15/1 16/12
21/17 22/1 24/4
36/24 39/19
**belied [1]**  50/11
**belief [1]**  8/23
**believe [10]**  23/3
23/4 23/25 25/10
25/20 26/4 32/23
33/5 40/7 51/20
**believed [2]**  33/2
49/15
**believes [1]**  26/9
**best [1]**  50/18

**bet [1]**  26/7
**better [5]**  13/13
13/13 14/17 31/5
35/25
**between [8]**  14/1
38/25 44/20 45/2
45/3 47/22 50/2
50/11
**beyond [2]**  14/8 23/8
**bit [2]**  7/18 12/15
**Boasberg [1]**  6/7
**Boasberg's [2]**  5/25
6/4
**body [1]**  31/17
**bond [4]**  4/23 5/18
8/10 52/11
**bondsman [2]**  12/22
12/24
**both [5]**  23/25 37/2
37/4 37/6 43/12
**boy [1]**  23/5
**boys [1]**  39/2
**brief [1]**  29/8
**briefing [1]**  30/2
**British [1]**  17/4
**Britney [2]**  2/2 3/12
**Britney Dahlkoetter
[2]**  2/2 3/12
**brother [1]**  12/19
**brought [1]**  51/24
**built [2]**  26/21
**built-in [1]**  26/21
**bulk [1]**  25/23
**burden [3]**  8/25
31/25 52/8
**business [2]**  10/17
11/12

**C**

**called [1]**  17/8
**calling [2]**  13/1
42/25
**came [2]**  23/20 37/14
**can [37]**  5/15 7/2
7/23 8/9 10/16 10/17
10/21 11/1 12/23
13/11 16/12 16/13
19/9 21/3 22/9 24/10
26/2 26/3 27/20
28/16 31/7 33/20
34/7 34/13 34/19
35/17 35/18 35/18
35/25 37/16 38/9
39/9 42/11 42/17
43/19 50/10 50/18
**can't [10]**  6/25
16/16 16/16 16/18
22/19 33/5 36/9
37/16 38/1 40/3
**candid [1]**  13/17
**cannot [2]**  15/2
50/15
**capability [1]**  11/7
**capacity [1]**  47/24
**care [2]**  10/17 18/2

**C**

careful [1]   32/13
carried [1]   52/7
CARROLL [24]   1/6 3/8
3/13 3/15 30/9 30/11
33/12 43/1 43/10
44/19 45/22 46/23
47/12 48/14 49/14
49/17 49/25 50/9
50/22 50/25 51/11
52/4 53/4 53/12
Carroll's [6]   3/19
9/24 12/12 46/10
47/17 52/11
carry [1]   8/25
case [25]   4/2 5/1
5/25 6/5 9/4 18/14
20/12 23/13 24/2
25/7 25/18 25/19
25/20 26/16 27/1
28/2 32/8 34/14
38/14 44/12 45/11
45/12 45/15 46/16
49/12
cases [11]   9/10 9/10
9/11 9/12 9/13 23/9
23/11 25/5 25/23
31/12 32/9
caught [1]   22/23
cause [3]   13/23
28/20 46/15
certain [6]   16/14
22/22 45/23 45/25
46/5 46/8
certainly [8]   28/19
28/21 46/14 50/11
50/13 50/21 51/16
52/1
Certified [1]   2/4
certify [1]   54/2
CH [1]   2/5
challenges [1]   13/4
challenging [1]   9/10
chance [2]   19/9
32/15
change [6]   11/18
11/19 11/20 11/20
16/21 16/22
changed [1]   11/15
channels [1]   37/16
character [2]   47/17
49/6
characteristics [2]
44/8 46/22
charge [2]   25/21
38/18
charged [5]   19/24
21/10 43/10 44/6
44/16
charges [6]   9/4 9/5
9/6 9/17 9/18 45/9
chats [1]   39/19
checks [1]   4/15
child [24]   12/13
24/14 24/15 28/10

28/10   28/16 45/12
44/14 45/2 45/4 45/6
45/23 45/25 46/4
46/4 46/8 47/7 47/13
49/13 49/14 49/16
49/19 50/2 50/5
child's [2]   45/17
46/13
childhood [1]   46/24
children [19]   12/9
12/10 20/17 21/18
21/25 24/22 29/20
29/25 33/15 33/15
38/21 39/4 39/6
39/14 46/24 47/21
50/10 50/10 50/24
Circuit's [1]   45/13
circumstance [1]
27/16
circumstances [9]
9/3 24/2 25/3 26/4
31/15 31/22 40/8
44/6 44/15
citing [1]   25/6
citizen [1]   11/14
civil [1]   33/13
clear [8]   31/25
36/12 36/19 39/3
41/14 44/1 48/1 52/8
cleared [1]   11/2
clearly [9]   13/25
20/11 22/18 27/9
47/19 48/16 49/3
49/15 50/1
clerk [2]   10/2 34/17
client [2]   5/7 36/8
clobbered [3]   19/15
19/16 19/16
close [1]   24/22
closely [1]   16/24
coerce [5]   28/12
38/15 44/13 44/13
49/18
coercion [2]   28/9
43/11
colleagues [1]   3/21
college [4]   12/8
12/13 24/14 24/15
colloquial [1]   13/7
COLUMBIA [1]   1/1
combination [4]   34/6
43/16 44/2 52/9
come [15]   4/6 9/14
9/17 12/9 24/3 31/1
32/12 42/11 42/17
43/18 47/11 51/11
52/20 52/21 52/22
comfortable [1]
41/22
coming [2]   43/4
52/14
communicated [1]
20/24
communicating [3]
15/12 36/14 37/5

communication [4]
14/2 14/4 34/25
48/17
communications [19]
14/6 14/10 14/16
14/19 35/23 38/13
38/13 41/4 44/19
44/22 44/25 45/19
46/6 46/10 48/8 48/9
48/20 49/22 51/12
community [11]   9/23
15/7 23/7 24/18
24/25 25/16 43/15
43/17 44/3 44/9
52/10
compared [1]   28/3
compartmentalized [1]
21/21
complete [1]   24/9
completely [2]   10/11
10/13
comply [1]   51/18
comprehensively [1]
37/16
compulsion [1]   51/19
compulsive [3]   20/14
22/4 48/2
compulsiveness [2]
48/10 51/4
computer [7]   2/8
17/10 18/8 18/10
18/11 24/12 34/12
computer-aided [1]
2/8
computers [2]   11/18
17/7
conceded [3]   21/8
21/10 21/12
concern [3]   13/21
13/23 14/23
concerned [3]   13/6
29/24 41/3
concerning [2]   40/17
41/13
concerns [1]   30/25
conclude [2]   50/15
52/7
concluded [2]   52/7
53/21
concur [1]   5/3
condition [5]   43/15
44/2 51/1 51/2 52/9
conditions [14]   15/6
23/10 26/9 26/13
32/25 33/1 33/18
34/7 34/16 34/17
43/16 44/2 50/16
52/9
conduct [15]   9/12
15/13 25/9 47/10
47/16 48/3 48/12
49/4 49/6 49/13
49/20 50/2 50/23
51/9 51/14
confer [1]   7/11

conference [1]   3/16
conferred [1]   39/16
conscious [1]   39/20
consider [5]   7/17
8/23 44/5 44/17
53/13
consideration [3]
3/25 6/21 32/14
considered [1]   50/13
considering [2]   6/23
24/6
constellation [1]
9/6
constitutes [1]
43/14
Constitution [1]   2/5
consult [1]   53/11
consultant [2]   11/11
11/12
contact [1]   12/10
contemplation [1]
32/14
content [6]   13/22
38/11 40/23 40/24
41/3 41/5
context [1]   22/19
contexts [1]   41/12
continue [4]   15/18
15/19 44/13 53/11
CONTINUED [1]   2/1
continues [1]   4/13
continuum [2]   9/18
9/19
contrast [1]   48/12
contribute [1]   10/17
controlling [1]
31/13
conversation [2]
38/24 49/16
conversations [12]
28/16 29/12 29/20
29/21 29/23 29/24
30/1 37/15 37/24
38/5 38/21 48/3
convince [1]   23/1
convincing [3]   32/1
44/1 52/8
cooperate [1]   48/22
cooperative [1]
22/12
correct [2]   18/18
54/3
Corrections [1]
17/21
correctly [1]   47/8
could [20]   7/10 7/20
8/2 12/20 18/7 19/25
20/18 24/18 26/14
26/23 27/15 28/15
35/2 36/3 47/21
50/23 51/7 52/20
52/21 52/22
counsel [6]   3/14
3/20 4/7 35/18 39/10
42/11

**C**

**count [3]** 36/24 45/13 46/19
**Count 1 [1]** 45/13
**counterbalance [1]** 49/7
**counterbalanced [1]** 47/15
**country [2]** 31/5 33/10
**counts [1]** 43/10
**couple [5]** 5/4 12/14 29/3 41/12 42/4
**course [1]** 52/1
**court [27]** 1/1 2/3 2/4 3/2 3/19 5/13 7/21 8/23 9/25 10/2 12/1 15/9 15/9 16/13 18/5 19/5 19/16 20/2 23/8 31/12 32/13 33/18 42/7 42/21 51/10 52/6 53/19
**Court's [3]** 6/20 12/17 47/11
**courtroom [1]** 10/23
**courts [5]** 18/6 31/16 31/20 31/21 46/12
**cover [3]** 10/8 26/14 49/5
**coverage [1]** 26/2
**CR [1]** 1/4
**created [2]** 21/17 43/13
**crimes [1]** 43/12
**criminal [6]** 3/7 38/18 41/22 42/25 43/20 47/13
**CRR [2]** 54/2 54/8
**CSAM [3]** 21/6 21/9 21/13
**curious [4]** 26/8 34/21 35/9 35/15
**currently [1]** 12/5
**custodian [9]** 11/1 22/2 24/8 26/1 27/2 32/10 32/11 43/22 50/14
**custodians [1]** 40/9
**custody [2]** 15/6 51/11
**cyber [2]** 21/5 22/23

**D**

**D.C [4]** 1/5 1/14 2/6 47/2
**D.C. [1]** 45/13
**D.C. Circuit's [1]** 45/13
**Dahlkoetter [2]** 2/2 3/12
**daily [1]** 11/6
**danger [6]** 22/22 43/14 44/9 44/11 48/11 49/10

**dangerous [1]** 44/25
**data [1]** 37/13
**date [4]** 5/13 8/5 52/12 54/7
**day [7]** 14/13 15/3 32/5 38/6 48/4 50/21 50/22
**days [4]** 12/14 12/18 23/22 52/15
**deceiving [1]** 14/24
**deceptive [2]** 20/13 47/19
**decision [2]** 32/13 45/14
**defendant [26]** 1/7 1/17 3/10 6/5 20/12 23/13 24/2 25/10 27/3 28/12 28/17 32/21 32/22 34/14 36/14 43/14 43/18 44/7 44/8 44/11 44/12 45/1 45/22 46/16 46/23 53/9
**defendant's [2]** 4/12 45/16
**defendants' [1]** 37/7
**Defender [1]** 3/21
**Defender's [1]** 40/17
**defense [12]** 4/23 16/23 23/10 25/6 45/9 45/12 47/5 47/8 50/13 52/25 53/11 53/17
**definitely [1]** 7/20
**degree [3]** 24/17 47/15 51/4
**delete [2]** 30/6 30/12
**deleted [3]** 30/16 30/18 30/21
**deletes [1]** 14/5
**deletion [2]** 48/24 49/1
**demonstrating [1]** 46/14
**demonstration [1]** 51/4
**denied [1]** 52/11
**Department [1]** 17/21
**depicted [1]** 50/7
**depicting [1]** 46/2
**depiction [1]** 50/5
**describes [1]** 46/7
**desire [1]** 14/18
**detail [1]** 8/21
**detailed [1]** 41/21
**details [1]** 44/21
**detained [2]** 25/15 51/21
**detention [8]** 1/9 9/1 9/3 9/20 9/22 32/1 34/8 46/21
**determination [1]** 44/4
**developed [1]** 22/11

**device [7]** 4/12 19/21 25/2 34/21 35/11 39/25 51/12
**devices [9]** 11/7 19/19 23/24 39/14 48/7 50/14 51/1 51/6 51/9
**devote [1]** 23/15
**devoted [1]** 26/24
**did [20]** 6/4 6/5 6/7 13/16 18/14 23/5 25/7 26/14 26/16 27/23 27/24 35/21 36/4 36/6 37/1 37/23 47/12 47/25 48/17 48/25
**didn't [16]** 13/1 13/2 17/9 17/9 17/22 18/18 25/11 27/5 31/19 35/21 36/11 40/22 40/23 41/2 41/3 48/14
**difference [1]** 15/21
**different [5]** 14/15 16/11 17/16 23/17 28/13
**difficult [4]** 21/11 25/24 27/14 38/10
**dime [1]** 13/7
**diminish [1]** 9/16
**direct [2]** 24/13 47/20
**directly [1]** 47/7
**disagree [1]** 15/24
**disclosed [2]** 4/19 21/1
**disclosure [1]** 3/20
**disconnected [2]** 48/4 48/6
**Discord [14]** 14/13 20/15 21/5 22/15 22/19 36/4 36/7 36/15 37/2 37/7 37/24 39/19 48/4 48/5
**discovery [8]** 4/10 4/22 5/3 5/10 29/14 29/15 29/16 53/11
**discussed [3]** 8/19 37/18 39/18
**discusses [1]** 50/4
**discussion [2]** 37/25 37/25
**Disgram [1]** 22/17
**disguise [2]** 14/8 17/7
**disguising [2]** 16/25 17/6
**dismiss [1]** 5/21
**displeased [1]** 13/6
**dispute [1]** 46/18
**disputing [1]** 29/14
**distinguish [2]** 32/9 50/11
**district [10]** 1/1

**508 [1]** 28/10
**31/8 31/16**
**31/21 31/21 33/4**
**33/7 34/11**
**diverge [1]** 45/9
**do [58]**
**do you [1]** 39/1
**do you know [1]** 34/25
**does [10]** 6/13 6/19 7/23 12/1 15/16 18/20 19/13 48/21 51/8 51/9
**doesn't [8]** 7/5 18/19 19/12 19/18 20/2 30/14 32/16 32/17
**dog [1]** 10/16
**dog's [1]** 10/17
**doing [8]** 16/8 16/10 19/18 21/20 24/6 30/23 32/19 47/23
**don't [46]** 4/1 4/2 4/6 6/8 6/11 6/12 6/24 7/23 10/3 10/11 10/20 11/3 14/21 15/5 16/12 16/17 16/20 17/7 17/12 18/4 18/15 18/16 18/23 19/17 20/5 20/22 22/20 23/3 24/20 32/17 34/3 34/11 34/12 34/20 36/10 36/10 36/12 40/20 41/14 41/15 41/25 42/16 45/11 50/17 51/3 52/1
**done [2]** 5/24 43/19
**door [2]** 16/14 23/23
**doubt [2]** 14/21 50/17
**down [2]** 14/14 21/5
**dozens [1]** 35/22
**drop [1]** 13/7
**dry [1]** 16/1
**during [4]** 12/18 18/23 32/5 48/3

**E**

**each [1]** 3/24
**earlier [2]** 35/20 48/3
**easier [1]** 6/12
**easily [1]** 13/13
**ed [1]** 1/20
**education [1]** 46/25
**educator [1]** 47/4
**Edward [2]** 1/17 3/10
**effectively [1]** 10/3
**effort [3]** 17/6 23/21 39/13
**efforts [1]** 38/15
**eight [5]** 16/1 16/3 16/4 16/10 51/21
**either [3]** 47/7 51/6 52/22

**E**

elaborate [2]   35/19 35/21
electronic [2]   34/15 51/11
electronically [2]   10/4 10/6
electronics [3]   15/4 16/14 48/17
elements [1]   26/18
else [15]   8/9 8/11 11/4 12/3 12/8 12/17 12/21 16/24 18/24 20/5 22/1 27/20 28/24 49/24 53/14
email [3]   1/15 1/20 17/5
emotional [1]   51/23
emphasize [1]   20/10
employed [1]   11/11
employee [1]   11/11
employer [1]   14/25
employers [1]   14/25
enabled [4]   17/12 19/21 23/24 25/2
encourage [1]   46/4
encouraged [1]   49/18
encouragement [2]   45/4 46/10
encourages [1]   45/1
encouraging [1]   49/23
end [5]   12/12 19/14 19/14 49/22 52/17
ends [1]   53/8
enforcement [4]   22/13 33/13 47/9 48/22
engage [13]   14/18 45/1 45/6 45/23 45/25 46/4 46/8 48/8 48/19 48/25 49/24 51/12 52/4
engaged [4]   22/8 22/14 44/19 50/12
engages [3]   46/6 48/13 48/24
engaging [7]   14/9 14/10 30/13 48/9 49/15 49/19 50/23
enjoy [2]   21/22 39/5
enough [2]   7/11 23/4
ensure [7]   9/24 15/6 43/16 44/3 50/2 51/10 52/10
entice [2]   44/13 49/19
enticement [1]   43/11
entire [1]   26/22
equivalent [1]   9/21
especially [1]   24/25
essentially [2]   6/5 25/9
ethical [1]   5/6
Evaluation [1]   52/2

**F**

face [1]   23/6
facing [1]   23/5

even [15]   10/22 13/25 14/8 16/15 22/5 24/10 25/19 33/5 35/1 35/2 37/8 43/23 47/24 50/21 51/1
events [1]   47/1
eventually [1]   17/19
every [1]   11/20
everyone [4]   3/4 22/1 42/3 43/4
everything [1]   27/20
evidence [15]   8/24 20/23 27/25 29/5 29/7 32/1 43/18 44/1 44/7 44/16 45/8 45/10 46/18 52/2 52/8
evidentiary [1]   7/14
exact [1]   30/12
exactly [4]   7/1 18/5 31/24 36/23
examine [2]   24/7 24/23
example [5]   30/7 34/21 38/23 41/6 45/20
examples [4]   31/17 31/20 31/20 45/18
excellent [1]   47/3
exception [1]   32/8
exceptional [2]   31/15 31/22
exchange [1]   14/19
exclusion [1]   53/10
exercise [1]   26/24
exhaustive [1]   31/19
exist [4]   17/14 18/19 41/14 41/15
existing [1]   51/9
exits [1]   35/11
expect [2]   14/9 50/20
expectation [1]   11/5
experience [1]   23/9
explicitly [1]   48/23
exploit [1]   44/14
exploitation [2]   9/7 43/12
extended [2]   33/16 51/15
extensive [5]   33/12 33/13 34/16 40/16 40/19
extent [1]   5/13
extra [1]   16/15
extraordinary [4]   23/21 26/13 26/17 27/18
extremely [3]   20/13 20/13 23/10

fact [4]   31/24 32/9 46/7 48/25
factor [3]   27/25 43/24 49/10
factors [4]   44/5 44/17 46/20 47/14
facts [3]   6/6 9/5 22/10
factually [1]   40/8
fail [3]   32/17 32/17 32/18
fails [2]   32/16 32/16
fair [1]   48/12
fairly [1]   14/25
fall [2]   9/6 9/18
family [8]   13/12 18/7 19/2 23/6 23/19 27/11 33/16 33/16
fantasies [2]   15/25 47/23
fantasy [2]   41/19 49/15
far [3]   9/10 24/16 49/22
Faruqui [2]   23/13 23/25
Faruqui's [1]   25/8
fault [2]   27/7 51/25
favor [2]   46/21 49/8
favorable [1]   47/14
favors [1]   45/10
FBI [1]   4/13
features [2]   47/16 49/6
federal [3]   18/6 33/12 40/16
feel [1]   37/20
feeling [1]   18/1
felt [2]   25/14 41/22
fenced [2]   10/11 10/13
fences [2]   10/12 10/12
few [1]   42/5
fictional [1]   28/10
fictitious [6]   44/21 45/2 45/4 49/13 50/5 50/9
figure [2]   6/14 24/23
figured [1]   30/10
file [3]   5/12 7/8 8/2
filed [1]   8/6
filing [1]   6/20
filings [1]   21/7
final [1]   18/4
finally [4]   18/15 18/22 25/18 49/9
find [4]   33/18 37/23 38/2 53/8
finding [1]   31/20
fine [1]   53/1
finish [1]   41/7

first [10]   3/18 19/22 20/10 22/7 24/4 29/5 44/15 44/17 46/20 49/11
flaunt [1]   23/5
folks [1]   19/8
follow [2]   19/1 31/22
following [1]   49/12
footnote [1]   31/18
footprint [1]   10/7
foregoing [1]   54/3
forget [2]   17/6 41/9
forgotten [1]   40/16
form [2]   14/4 52/2
forward [6]   7/13 8/8 9/15 43/18 47/11 53/12
found [4]   4/12 22/20 31/20 46/12
four [5]   5/14 25/12 25/16 31/17 44/5
frankly [2]   26/16 47/17
friends [1]   3/22
fully [2]   23/14 26/19
functionally [1]   9/21
further [3]   10/20 11/3 35/17

**G**

gain [1]   51/5
gave [1]   31/16
gee [1]   33/6
generally [1]   48/22
get [25]   3/18 4/14 4/16 7/10 14/18 19/12 19/13 19/15 19/15 19/16 22/16 24/8 25/1 33/20 35/11 35/14 37/21 38/1 39/24 40/3 45/23 45/25 46/8 50/23 51/13
gets [1]   10/3
getting [1]   17/20
girlfriend [1]   32/21
give [10]   6/7 13/17 13/18 13/23 35/21 35/25 41/6 41/11 42/4 42/16
given [2]   15/2 51/3
go [10]   4/3 7/13 8/2 10/13 12/2 24/14 43/7 43/9 44/21 52/12
go ahead [2]   8/2 52/12
God [1]   40/24
goes [5]   14/14 14/14 22/15 32/4 34/22
going [20]   5/1 8/7 8/22 12/8 15/18 19/2

## G

**going... [14]**   19/14
19/14 19/15 19/15
19/16 19/17 23/3
24/16 25/25 27/1
28/6 28/11 32/22
41/6
**good [12]**   3/4 3/14
3/15 5/2 8/13 12/14
20/7 22/9 27/7 33/22
33/24 52/25
**good morning [2]**   3/4
3/15
**got [4]**   22/6 22/23
41/7 42/15
**gotten [2]**   10/19
35/1
**government [40]**   1/13
3/9 4/3 4/9 4/18
4/21 5/4 5/5 5/8 5/9
6/7 6/13 6/19 8/11
8/19 8/25 20/8 20/23
21/8 24/6 25/7 25/14
26/8 29/6 29/18 30/8
30/24 31/4 31/14
31/25 32/9 35/18
39/8 39/12 44/1
45/11 45/14 52/7
53/1 53/15
**government's [13]**
3/25 6/9 7/12 7/14
17/1 28/1 28/19
28/22 30/7 44/22
45/21 46/15 50/3
**GPS [3]**   10/8 34/21
35/10
**graduate [1]**   12/7
**great [7]**   8/1 8/3
27/12 30/6 42/18
47/15 51/20
**grocery [1]**   12/2
**grounded [1]**   31/1
**guess [2]**   6/17 7/7

## H

**H-i-t-e [1]**   45/14
**had [30]**   16/1 16/11
16/21 21/4 23/13
23/14 23/23 25/9
25/11 25/12 25/14
25/16 25/17 26/19
27/4 28/6 28/10
29/11 34/16 36/7
37/9 37/14 38/17
39/18 40/15 40/17
43/7 47/24 49/16
51/18
**halfway [1]**   31/5
**happen [3]**   4/20
28/11 33/8
**happened [2]**   21/15
29/7
**happening [4]**   19/14
27/5 27/6 29/6
**happens [1]**   12/17

**happy [1]**   6/16
**hard [2]**   19/23 24/24
**harm [1]**   50/24
**has [57]**
**hasn't [2]**   9/10
16/10
**have [63]**
**haven't [5]**   6/22
6/23 6/24 7/2 22/20
**having [3]**   11/12
49/2 50/14
**he [119]**
**He didn't [2]**   17/9
17/9
**He knows [1]**   22/24
**he'd [1]**   25/15
**he'll [5]**   10/3 12/10
32/17 32/18 41/8
**he's [37]**   7/2 7/6
12/5 12/7 12/7 12/7
13/25 14/7 14/10
15/17 15/18 16/1
16/2 16/10 17/2 17/3
17/20 17/24 19/14
19/15 19/15 19/16
19/17 21/20 21/21
22/6 22/7 22/12
22/16 22/22 23/1
23/2 27/7 28/20
51/18 51/21 51/25
**head [1]**   47/1
**health [1]**   18/2
**hear [3]**   8/16 20/8
33/20
**heard [2]**   6/24 29/1
**hearing [5]**   1/9
15/10 15/11 15/12
25/11
**heightens [1]**   48/11
**help [3]**   13/10 13/11
19/2
**helpful [2]**   4/7 20/2
**helping [1]**   31/10
**helps [1]**   15/15
**her [24]**   11/3 11/12
12/13 12/25 13/1
13/2 13/4 13/12
14/25 16/13 18/10
18/11 24/12 24/12
24/13 24/13 24/14
24/14 27/6 27/7 27/8
50/18 50/19 51/14
**here [17]**   3/16 4/23
5/1 10/1 10/22 17/4
21/14 22/2 23/1 24/4
24/10 38/1 38/10
45/9 45/11 45/18
50/12
**hide [2]**   22/11 37/19
**hiding [3]**   21/24
22/9 27/8
**high [6]**   10/9 10/10
10/11 10/12 12/7
51/4
**highlighting [2]**

**highly [1]**   47/19
**Hillie [1]**   21/11
**him [37]**   11/16 12/22
13/10 13/11 13/24
15/3 15/15 17/4
17/14 19/5 19/8
19/21 21/11 22/13
22/23 23/7 23/23
24/17 27/12 31/10
31/10 31/11 32/11
33/9 33/14 33/18
45/23 45/25 46/8
47/18 47/20 50/2
50/2 50/18 50/21
50/23 51/24
**himself [8]**   14/8
16/25 30/13 30/13
47/22 48/15 49/1
49/5
**hire [1]**   12/24
**his [63]**
**history [4]**   43/21
44/7 46/22 49/7
**Hite [3]**   25/18 40/8
45/14
**home [17]**   10/4 10/6
10/15 11/6 11/13
19/20 23/19 31/7
32/2 32/4 32/5 33/17
34/11 34/15 48/14
51/6 51/8
**Honor [25]**   3/6 4/4
4/9 6/22 7/21 8/12
20/9 20/10 20/11
20/20 22/10 23/2
24/5 25/23 28/15
28/25 29/3 33/23
35/24 38/16 39/11
42/13 42/24 53/2
53/16
**Honor's [1]**   18/5
**HONORABLE [4]**   1/10
3/2 3/3 42/9
**hopes [1]**   49/25
**host [1]**   6/5
**hours [5]**   11/6 15/3
23/21 50/21 50/22
**house [19]**   10/7 10/8
11/4 11/7 11/8 11/21
11/22 11/23 11/24
12/2 12/3 12/4 12/9
12/10 12/20 12/23
15/5 17/25 18/1
**household [2]**   10/18
22/1
**how [10]**   6/2 11/21
18/4 26/1 35/2 35/2
35/15 37/19 49/5
52/18
**Howell [1]**   24/1
**however [1]**   44/23
**hundreds [4]**   20/16
20/23 29/12 37/14
**hypothetical [2]**

50/2550/29 33/11

## I

**I**
**I acknowledge [1]**
9/8
**I actually [1]**   45/10
**I also [1]**   42/16
**I am [2]**   26/8 44/4
**I apologize [1]**   35/8
**I believe [3]**   23/4
25/10 40/7
**I can [4]**   5/15 7/2
24/10 43/19
**I can't [2]**   33/5
38/1
**I did [1]**   6/4
**I didn't [7]**   13/1
13/2 17/22 18/18
31/19 36/11 40/23
**I didn't see [2]**
41/2 41/3
**I don't [24]**   6/8
6/24 7/23 10/3 10/11
14/21 15/5 16/12
17/7 17/12 18/4
18/16 19/17 20/5
20/22 22/20 23/3
24/20 32/17 36/10
36/10 40/20 45/11
50/17
**I don't have [2]**
10/20 11/3
**I gave [1]**   31/16
**I guess [2]**   6/17 7/7
**I had [2]**   40/15
40/17
**I have [7]**   10/1
17/13 20/22 29/15
29/21 40/15 40/15
**I haven't [3]**   6/22
6/24 7/2
**I just [7]**   3/24
18/14 20/10 20/24
36/12 40/11 50/15
**I know [3]**   5/24 6/23
34/20
**I mean [16]**   7/18
10/16 13/19 16/13
18/6 23/24 26/5
26/12 27/5 28/3 29/5
33/5 34/23 37/3 38/9
38/12
**I recall [1]**   25/5
**I said [1]**   26/19
**I say [2]**   9/16 41/17
**I should [4]**   10/22
17/21 18/16 44/23
**I think [41]**   6/1
6/13 13/15 13/19
14/12 15/16 16/3
17/1 18/7 18/22 20/3
21/7 21/17 23/11
25/13 25/23 26/18
26/23 27/1 27/23
28/3 28/14 29/11

**I**

I think... **[18]** 30/4
30/7 30/24 32/3 32/8
32/8 33/2 34/13
38/11 46/13 47/16
48/11 48/11 48/21
49/10 49/11 50/8
53/5
I thought **[1]** 38/21
I understand **[3]**
6/16 24/16 30/19
I want **[3]** 13/17
36/11 42/4
I was **[2]** 13/1 13/1
I will **[6]** 12/25
13/5 44/23 45/9
46/17 49/11
I work **[1]** 18/1
I would **[4]** 5/14
6/17 7/7 15/22
I'd **[1]** 3/23
I'll **[10]** 5/7 13/6
15/8 20/8 22/16 42/5
44/16 45/20 48/1
53/8
I'm **[31]** 5/14 8/16
8/21 12/15 12/16
12/24 15/10 15/11
15/11 15/15 16/9
17/8 18/17 21/13
26/7 29/10 29/14
29/17 29/18 31/3
34/4 34/20 35/7
36/11 37/6 38/2 38/7
39/11 40/18 41/6
52/19
I'm going **[1]** 41/6
I'm just **[1]** 12/24
I'm not **[3]** 8/21
16/9 26/7
I'm not sure **[2]**
15/15 35/7
I'm sorry **[3]** 29/10
37/6 39/11
I've **[8]** 8/15 13/4
29/19 29/24 30/1
41/7 42/15 43/7
idea **[6]** 30/5 31/3
31/9 32/15 33/11
50/10
identified **[1]** 37/7
identifiers **[1]** 17/3
identify **[3]** 17/3
38/11 44/10
image **[4]** 21/12 30/9
30/12 30/13
images **[7]** 9/12 9/14
14/19 39/5 39/13
46/2 50/6
imagine **[4]** 7/2 10/8
24/24 26/23
immediate **[1]** 23/19
immediately **[3]**
14/14 21/15 48/5
important **[2]** 49/11

importantly **[3]** 47/5
48/8 49/4
imposed **[1]** 43/16
impulses **[1]** 24/19
incentive **[2]** 51/17
51/18
include **[1]** 17/22
included **[1]** 28/14
including **[2]** 50/19
52/21
inclusion **[1]** 35/11
incredible **[2]** 16/11
23/25
incredibly **[1]** 47/25
indicate **[1]** 21/16
indicated **[2]** 11/1
21/8
indicates **[1]** 14/5
indicating **[1]** 50/1
indication **[1]** 47/3
indicted **[1]** 28/20
information **[4]**
10/20 11/3 11/8
20/22
inkling **[1]** 27/5
inquiry **[1]** 20/12
instructions **[1]**
46/11
insufficient **[1]**
24/5
insurance **[1]** 19/8
intended **[1]** 45/5
intends **[1]** 12/13
interaction **[1]**
45/16
interest **[8]** 15/14
16/2 19/18 29/25
29/25 31/10 38/24
50/1
interests **[3]** 16/5
20/17 53/9
interject **[1]** 20/19
intermediary **[2]**
45/15 45/16
international **[1]**
12/6
Internet **[16]** 11/17
16/16 16/17 17/12
17/24 17/25 19/12
19/13 19/21 19/25
23/24 25/2 25/2
27/20 41/4 51/13
Internet-enabled **[4]**
17/12 19/21 23/24
25/2
interrupt **[2]** 29/10
34/4
intervening **[1]**
25/12
investigated **[2]**
41/19 47/9
investigation **[4]**
25/12 25/17 33/12
39/17

involve **[5]** 9/11
9/11 9/12 9/13 38/15
involved **[5]** 40/8
45/5 45/15 46/3
49/13
involves **[2]** 19/24
21/18
involving **[4]** 37/25
43/13 47/7 50/5
IP **[1]** 48/6
IPs **[1]** 21/16
irresponsible **[1]**
47/25
is **[146]**
isn't **[2]** 16/24
32/20
isolated **[1]** 21/21
issue **[6]** 4/11 4/22
6/1 6/2 8/10 38/14
issues **[3]** 17/23
51/23 51/23
it **[98]**
it happened **[1]** 29/7
it would be **[2]** 4/7
19/23
it's **[43]** 5/24 6/14
7/18 7/19 9/20 10/2
10/2 10/9 11/17 14/6
15/17 15/24 15/25
16/3 17/8 17/17
17/24 17/25 17/25
18/19 18/19 18/22
24/20 24/24 25/19
27/1 27/5 27/10
27/12 27/14 27/18
27/23 28/3 30/7
31/24 32/10 38/9
39/3 48/1 48/12
48/20 49/11 49/21
its **[4]** 8/25 17/23
32/1 52/8
itself **[3]** 48/6 48/9
49/13

**J**

jail **[4]** 16/6 17/21
19/15 23/3
jailed **[3]** 10/4 16/2
16/12
jailing **[1]** 10/6
JAMES **[3]** 1/6 3/8
43/1
Jason **[1]** 25/6
job **[1]** 24/11
John **[1]** 1/17
Jonathan **[1]** 23/12
judge **[16]** 1/10 5/2
5/25 6/4 6/7 8/13
8/18 23/13 23/25
24/1 25/8 30/19 33/7
39/9 40/11 52/19
Judge Boasberg's **[2]**
5/25 6/4
Judge Faruqui **[1]**
23/25

Judge Faruqui's **[1]**
25/8
Judge Howell **[1]**
24/1
July **[1]** 1/5
jury **[2]** 28/21 28/21
just **[65]**
justice **[1]** 53/8

**K**

Karen **[2]** 1/13 3/9
karen.shinskie **[1]**
1/16
keep **[2]** 9/23 51/13
kept **[1]** 51/14
kids **[2]** 21/22 37/25
kind **[16]** 11/17
12/11 14/9 14/19
22/3 22/15 23/16
27/14 27/21 30/12
38/3 39/2 48/12
48/12 52/1 52/4
King **[1]** 1/18
knew **[1]** 16/21
know **[119]**
knowing **[3]** 7/1 33/8
48/18
knowledge **[2]** 22/21
47/11
knows **[2]** 22/24
22/25

**L**

lack **[1]** 14/17
laid **[1]** 44/22
landline **[2]** 17/13
17/13
largely **[1]** 15/24
later **[2]** 25/10
25/22
law **[11]** 1/17 12/19
22/13 25/21 28/19
31/22 31/24 33/12
34/17 47/9 48/22
lawyer **[3]** 9/9 13/14
41/18
lead **[1]** 50/19
least **[13]** 15/19
17/11 21/16 21/17
22/21 24/7 45/5
45/13 46/14 47/11
47/15 49/22 49/25
leave **[1]** 48/1
leaving **[1]** 13/22
lectern **[1]** 4/5
led **[2]** 36/22 47/19
less **[2]** 14/4 22/12
lesson **[1]** 16/12
let **[8]** 3/20 19/21
20/18 33/7 39/12
41/7 43/7 43/9
Let's **[3]** 8/2 52/12
52/24
level **[3]** 16/15
24/13 48/10

**L**

liability [1]   9/21
life [12]   18/24
 19/23 21/21 21/24
 22/8 27/19 39/4 39/4
 46/24 47/19 49/16
 50/19
like [58]
likely [1]   14/3
limit [1]   48/14
line [2]   20/11 47/22
lingered [1]   25/13
lining [1]   18/1
literally [1]   48/4
little [1]   7/18
 21/22
live [2]   31/4 33/15
lived [2]   23/16
 23/18
lives [3]   11/4 12/8
 31/7
living [2]   27/3
 47/23
locate [1]   39/13
locked [1]   16/14
long [4]   22/8 27/4
 29/6 32/12
look [7]   5/24 17/1
 24/9 30/21 34/18
 38/9 40/23
looking [7]   19/7
 33/9 38/7 39/5 39/5
 41/10 52/20
looks [1]   24/23
lot [9]   6/12 8/20
 8/21 10/19 12/2
 17/15 28/14 30/24
 30/25
love [1]   27/11
loving [1]   31/10
low [1]   52/4
lurid [1]   44/24

**M**

made [3]   28/6 32/13
 41/18
main [3]   6/1 25/13
 26/18
majority [1]   29/22
make [3]   3/20 7/23
 43/9
makes [3]   6/12 7/25
 50/8
making [2]   44/4
 44/10
man [2]   22/7 23/4
manage [1]   26/14
mandatory [1]   19/7
many [3]   19/19 19/19
 37/17
married [2]   32/11
 46/23
material [6]   22/18
 22/22 37/19 37/25
 39/18 40/2

matter [5]   28/17
 31/2 42/15 47/8 54/4
may [8]   5/11 16/20
 19/5 19/6 40/11
 43/16 49/13 53/13
maybe [6]   16/24
 20/21 20/24 33/8
 37/7 52/15
me [26]   3/20 5/4 6/2
 7/10 11/8 13/23
 14/13 17/17 19/3
 19/23 20/18 20/25
 29/17 35/25 38/4
 39/13 41/7 41/14
 41/18 42/2 42/4 43/7
 43/9 48/1 49/23 52/3
mean [27]   4/11 5/6
 6/1 7/10 10/16 10/25
 11/24 13/19 16/13
 18/6 23/24 26/5
 26/12 27/5 27/18
 27/23 28/3 29/5 33/5
 34/23 37/3 37/5 38/5
 38/9 38/9 38/12
 38/22
meaningful [1]   33/3
means [6]   9/23 15/1
 15/4 27/7 48/7 51/7
meant [1]   46/3
mechanical [1]   2/8
medical [1]   17/25
meet [1]   7/11
meetings [1]   11/25
MEHTA [3]   1/10 3/3
 42/10
member [1]   27/12
memo [3]   36/13 37/11
 50/3
memorandum [1]   21/4
mental [1]   18/2
Merit [1]   2/3
messages [7]   30/22
 40/14 40/17 40/18
 41/21 48/24 49/2
Michigan [2]   23/16
 34/14
might [7]   4/20 15/5
 20/2 20/14 41/5
 41/11 49/8
mind [3]   22/21 47/21
 47/22
minimum [1]   47/24
minimums [1]   19/8
minor [4]   43/11
 43/13 44/13 44/21
minute [1]   35/11
minutes [1]   42/4
misconduct [2]   18/24
 47/6
missed [1]   20/22
misspoke [1]   29/18
mistakes [1]   16/3
modern [1]   24/24
modes [1]   14/1
moment [4]   12/3

monitor [6]   13/24
 15/4 47/17 50/18
 50/21 51/9
monitored [2]   16/25
 31/8
monitoring [14]
 16/19 18/8 18/10
 18/11 18/12 18/13
 18/18 20/1 23/15
 27/14 27/21 34/12
 34/16 34/20
months [6]   9/13 16/1
 16/3 16/4 16/10
 51/21
more [16]   9/10 13/13
 15/18 19/4 23/17
 24/8 26/9 27/9 30/16
 30/18 35/22 35/22
 36/9 40/24 48/5
 50/23
morning [5]   3/4 3/14
 3/15 3/17 5/2
most [1]   37/17
motion [11]   4/23
 5/12 5/18 5/20 5/21
 6/10 6/21 8/6 17/22
 44/23 52/11
motions [1]   53/13
motivated [1]   51/5
move [3]   8/7 16/7
 33/7
moved [1]   14/1
moving [1]   33/4
Mr [1]   45/21
Mr. [40]   3/13 3/15
 3/19 3/19 3/21 4/25
 6/23 7/9 7/13 8/15
 9/24 12/12 21/7 29/1
 30/9 30/11 33/12
 36/4 37/20 43/10
 44/19 45/22 46/10
 46/23 47/12 47/17
 48/14 49/14 49/17
 49/25 50/9 50/22
 50/25 51/11 52/4
 52/11 52/13 53/4
 53/4 53/12
Mr. Carroll [20]
 3/13 3/15 30/11
 33/12 43/10 44/19
 45/22 46/23 47/12
 48/14 49/14 49/17
 49/25 50/9 50/22
 50/25 51/11 52/4
 53/4 53/12
Mr. Carroll an [1]
 30/9
Mr. Carroll's [5]
 3/19 9/24 12/12
 46/10 47/17
Mr. Ungvarsky [12]
 3/19 3/21 4/25 6/23
 7/9 7/13 8/15 29/1
 36/4 37/20 52/13

Mr. Ungvarsky's [1]
 21/7
Ms. [1]   6/20
Ms. Shinskie [1]
 6/20
much [7]   8/22 15/15
 30/20 37/22 40/21
 48/19 53/18
multiple [4]   9/14
 45/18 48/6 48/7
must [5]   20/1 43/18
 44/10 45/14 45/16
mutual [2]   45/1 45/3
my [20]   4/22 5/7
 13/17 13/21 14/23
 18/1 20/3 22/16 23/9
 31/1 34/14 35/5
 37/22 40/10 40/12
 40/13 41/7 41/23
 41/23 43/9
My recollection [1]
 40/12

**N**

name [1]   13/2
nature [8]   9/3 37/18
 44/5 44/8 44/15 49/3
 49/4 49/9
necessarily [2]
 30/14 39/4
necessary [2]   24/17
 33/2
need [6]   6/13 24/12
 24/13 25/15 37/21
 39/24
needed [2]   5/16 18/8
needs [3]   4/19 12/18
 25/25
negative [1]   32/6
neighborhood [1]
 33/17
neighbors [2]   23/20
 24/22
nephews [3]   41/8
 41/15 41/16
never [4]   23/3 28/12
 33/8 41/15
nevertheless [1]
 46/3
new [3]   20/25 21/16
 29/17
news [1]   47/10
next [2]   5/15 52/12
Nitschke [3]   6/1
 28/3 45/12
no [37]   1/4 9/9 12/3
 12/8 12/9 12/10
 12/23 17/5 17/6
 18/12 22/4 23/24
 27/4 27/6 27/8 28/9
 28/11 28/25 31/22
 33/14 34/6 35/9 37/6
 38/16 38/18 41/2
 41/14 41/16 41/25

**N**

no... **[8]**   43/15 44/2
47/2 47/6 47/11
51/10 51/20 52/9
none **[1]**   17/20
nonprofit **[2]**   11/10
11/12
northwest **[1]**   47/2
nose **[1]**   27/6
not **[92]**
note **[3]**   18/16 46/17
49/21
noted **[3]**   29/16 47/5
48/3
notes **[5]**   40/16
40/19 40/22 41/20
41/21
nothing **[5]**   4/18
8/11 35/17 41/20
53/15
notifies **[1]**   34/23
notion **[1]**   9/2
November **[2]**   44/18
44/18
now **[13]**   3/3 3/6 7/1
8/22 8/25 11/19
12/15 12/15 40/18
42/7 42/21 42/24
53/19
number **[7]**   3/22 11/5
14/24 38/5 45/21
47/15 50/21
numbers **[1]**   17/5
NW **[2]**   1/14 2/5

**O**

object **[2]**   6/25
26/16
objections **[1]**   26/14
objectively **[1]**
27/13
obligation **[1]**   5/6
observed **[3]**   29/15
40/20 40/21
observing **[1]**   15/3
obviously **[11]**   5/15
11/24 12/1 12/13
27/7 27/11 31/6 31/9
31/12 50/9 50/25
occupation **[1]**   11/4
occur **[1]**   25/11
occurred **[1]**   25/9
occurring **[1]**   27/4
October **[1]**   52/22
off **[4]**   22/16 23/23
39/10 40/10
offend **[1]**   51/18
offense **[6]**   19/24
21/4 25/9 27/4 44/6
44/16
offenses **[1]**   43/12
offer **[3]**   3/24 5/5
19/6
offered **[1]**   23/11
offering **[2]**   27/12

28/17
offers **[1]**   5/7
office **[4]**   1/13
11/25 32/4 40/17
officer **[4]**   2/2
36/18 44/20 49/18
Official **[1]**   2/4
often **[3]**   11/21
11/22 11/23
oh **[3]**   10/22 17/18
40/24
okay **[33]**   3/14 3/16
4/8 4/24 5/19 5/23
7/22 8/1 8/4 8/9
8/14 11/9 18/21 20/4
20/5 27/22 28/23
35/6 35/9 35/16
37/12 38/19 39/7
40/5 40/6 40/13
40/19 42/1 42/20
43/4 52/16 53/3 53/7
old **[8]**   12/4 19/7
22/6 22/7 25/8 25/19
32/20 46/23
older **[3]**   24/15
32/22 46/24
once **[1]**   50/23
one **[35]**   4/11 9/19
10/5 12/3 12/8 13/19
14/11 14/15 14/16
16/9 16/22 17/19
19/9 21/7 21/16
23/12 23/22 25/6
26/18 26/20 30/12
30/13 32/7 32/10
32/10 36/22 39/9
41/1 41/16 41/17
45/5 47/11 47/19
47/20 50/17
ones **[4]**   37/10 38/13
38/14 51/7
online **[10]**   14/18
20/15 24/11 35/1
44/19 47/7 47/23
47/23 48/17 51/12
only **[4]**   6/1 14/24
31/15 47/9
opened **[1]**   48/5
operated **[1]**   21/18
opinion **[1]**   6/4
opportunities **[1]**
23/17
opportunity **[8]**   6/8
13/8 13/18 19/1 19/1
19/4 35/21 43/8
oppose **[3]**   6/11 6/12
6/13
opposite **[1]**   31/24
opposition **[2]**   44/23
45/21
oral **[1]**   45/3
order **[5]**   11/19
11/19 12/17 25/8
33/6
ordinarily **[1]**   14/9

ostensibly **[1]**   24/22
other **[30]**   3/24
10/16 10/19 12/20
14/12 14/19 16/5
17/17 17/18 24/15
25/5 25/18 26/20
29/21 29/23 32/9
37/24 38/12 38/20
40/1 40/14 41/22
41/24 43/20 43/22
47/3 49/2 49/18
49/19 51/7
otherwise **[2]**   35/15
49/8
our **[14]**   7/20 8/23
18/17 21/4 21/12
31/8 33/25 34/1
34/11 35/10 36/4
36/13 39/17 48/3
our recommendation
**[1]**   34/1
out **[23]**   5/4 5/14
6/14 10/17 11/13
11/25 15/19 16/1
17/25 18/1 22/10
24/23 25/15 30/6
30/14 32/23 33/4
33/7 37/21 44/22
47/8 47/23 50/6
outside **[2]**   34/22
34/24
outstanding **[1]**   4/11
outweigh **[1]**   53/8
over **[7]**   9/13 10/1
12/9 27/4 42/5 47/20
48/18
overcome **[3]**   25/24
25/25 43/23
overcoming **[2]**   45/17
46/13
overlaps **[1]**   49/10
own **[10]**   11/12 17/2
17/4 17/5 17/23 31/8
48/14 50/19 50/19
52/1

**P**

p.m **[5]**   42/8 42/8
42/23 42/23 53/21
page **[7]**   30/8 45/20
45/21 45/24 46/1
46/6 50/3
paid **[1]**   40/21
papers **[8]**   8/15 8/17
8/20 8/21 10/6 13/2
17/1 27/24
Pardon **[1]**   30/17
parents **[6]**   23/14
23/20 31/4 31/11
32/7 40/9
part **[8]**   4/23 8/5
10/24 12/4 21/13
21/24 33/9 45/4
particular **[4]**   9/4
9/5 9/5 37/22

particularly **[2]**
14/12 51/24
parties **[1]**   43/2
party **[4]**   11/1 24/8
27/2 50/14
passport **[1]**   10/1
password **[2]**   11/17
51/2
passwords **[2]**   11/16
16/17
past **[1]**   19/8
patches **[1]**   4/14
path **[1]**   53/12
patience **[1]**   43/5
patio **[3]**   10/10
10/12 10/15
pay **[1]**   18/7
people **[16]**   9/11
15/12 16/24 17/7
20/16 20/23 22/15
23/6 23/9 26/21
26/24 27/11 27/16
30/5 38/25 41/14
perform **[1]**   51/8
perhaps **[7]**   20/16
24/22 35/20 37/15
39/18 47/21 48/13
period **[5]**   18/23
27/4 29/8 35/2 51/15
periodic **[2]**   4/14
48/24
periodically **[1]**
4/15
persistence **[3]**
14/18 15/11 38/6
persistent **[1]**   20/14
person **[23]**   3/13
13/25 14/24 16/16
17/4 19/20 19/22
20/15 25/15 26/1
26/2 27/13 31/7 32/7
32/11 33/7 34/24
37/5 43/3 43/17 44/3
44/9 52/10
personal **[1]**   13/3
perverse **[2]**   44/24
49/20
phone **[7]**   4/12 4/17
17/5 17/11 17/12
34/12 34/15
phones **[1]**   11/18
place **[8]**   16/11
16/22 21/21 22/13
31/6 39/21 51/2
51/24
Plaintiff **[1]**   1/4
plan **[2]**   23/20 28/6
plans **[2]**   7/1 7/24
platform **[3]**   48/19
48/19 48/20
platforms **[1]**   48/17
plea **[3]**   5/5 5/7
19/6
pleading **[1]**   30/7
pleadings **[3]**   5/11

**P**

**pleadings... [2]**
41/23 41/23
**Please [2]** 3/4 42/10
**pleasure [1]** 52/13
**PLLC [1]** 1/17
**plus [1]** 32/6
**point [6]** 4/10 4/17
4/19 6/10 6/19 24/21
**pointed [1]** 22/10
**points [1]** 47/8
**portion [1]** 36/13
**poses [1]** 44/11
**position [7]** 6/9
7/12 7/21 25/14
28/12 33/25 47/20
**possession [2]** 4/13
4/18
**possible [2]** 50/20
53/12
**posture [1]** 7/18
**practice [1]** 53/13
**precedent [1]** 31/13
**precise [1]** 44/11
**precisely [2]** 38/11
46/11
**prefer [2]** 4/5 18/9
**prepare [1]** 19/3
**prepared [3]** 14/22
53/4 53/5
**preschool [1]** 47/2
**presence [1]** 21/22
**present [5]** 3/9 3/13
43/2 43/2 44/25
**presented [1]** 49/23
**presents [2]** 48/11
50/9
**presiding [2]** 3/3
42/10
**presumption [8]** 8/24
9/20 9/22 25/24
43/14 43/19 43/24
43/24
**pretrial [21]** 2/2
3/11 10/2 11/2 12/16
15/6 18/17 18/20
23/9 23/18 31/8
33/18 33/20 34/8
34/23 43/8 43/15
46/21 49/8 51/8
51/17
**pretty [1]** 26/13
**Prettyman [1]** 2/5
**preventive [2]** 9/1
9/2
**previously [2]** 11/11
43/2
**primarily [1]** 15/13
**privacy [1]** 12/25
**private [1]** 41/11
**probable [2]** 28/20
46/15
**probably [6]** 3/23
5/12 6/13 18/16
24/21 27/13

Probation [2] 11/23
34/23
**problem [1]** 40/25
**problematic [1]** 27/1
**problems [1]** 33/14
**procedural [1]** 6/3
**proceedings [1]** 1/9
2/8 53/21 54/4
**produce [1]** 25/3
**produced [1]** 2/8
**production [1]** 9/13
**professional [2]**
11/10 32/12
**properly [1]** 6/2
**proposal [2]** 43/21
50/13
**propose [2]** 8/5 18/2
**proposed [6]** 22/1
24/4 24/8 26/1 26/10
40/9
**proposing [2]** 7/6
27/2
**propriety [1]** 6/20
**prosecution [1]** 19/5
**protect [1]** 49/5
**protection [1]** 51/2
**protective [1]** 19/19
**prove [1]** 45/14
**provide [6]** 19/6
20/2 26/2 27/21
31/21 31/25
**provided [8]** 4/9
4/21 5/3 9/23 29/14
29/15 31/13 31/16
**psychological [1]**
51/23
**Psychosexual [1]**
52/2
**public [3]** 3/21
40/16 53/9
**publicity [1]** 33/14
**purposes [1]** 44/25
**put [8]** 5/5 13/1
13/2 16/6 17/14
20/13 34/2 47/20
**puts [1]** 52/17
**putting [1]** 32/23

**Q**

**quality [1]** 48/2
**quantity [1]** 38/11
**question [7]** 11/23
20/3 21/11 25/20
28/21 35/5 43/25
**questions [2]** 13/15
41/24
**quickly [1]** 40/7
**quiet [1]** 48/13
**quite [1]** 11/22

**R**

**radius [1]** 34/22
**raise [1]** 18/12
**raised [1]** 26/15
**rang [1]** 29/17

range [3] 39/1 39/6
41/9
**rather [1]** 31/4
**re [4]** 42/25 48/5
51/18 52/4
**re-calling [1]** 42/25
**re-engage [1]** 52/4
**re-offend [1]** 51/18
**re-opened [1]** 48/5
**reached [1]** 5/4
**read [6]** 6/4 8/15
8/20 8/21 13/5 33/6
**real [15]** 9/11 13/23
15/4 18/12 18/13
18/14 18/18 20/1
33/15 39/4 46/18
47/7 49/14 49/16
50/8
**real-life [1]** 49/16
**real-time [5]** 15/4
18/12 18/13 18/18
20/1
**really [12]** 8/21
23/24 26/2 26/14
31/1 32/12 32/12
36/11 38/4 40/7 41/5
41/10
**Realtime [1]** 2/4
**reason [5]** 25/13
27/8 34/13 40/20
51/20
**reasonably [2]** 9/23
9/24
**reasons [1]** 52/6
**rebut [1]** 43/19
**rebuttable [1]** 43/13
**rebuttal [1]** 31/14
**rebutted [2]** 8/24
9/22
**recall [1]** 25/5
**receive [3]** 36/4
36/6 50/4
**received [3]** 37/11
47/10 51/25
**recently [1]** 40/19
**recess [4]** 42/7 42/8
42/22 42/23
**reckless [1]** 48/2
**recklessness [1]**
48/10
**recognize [2]** 9/9
9/17
**recollection [4]**
37/23 40/10 40/12
40/13
**recommendation [2]**
34/1 34/5
**record [17]** 3/7 6/8
7/14 21/2 24/5 24/9
24/21 25/3 26/1
26/17 28/14 28/16
32/24 34/2 39/10
42/25 54/3
**recorded [1]** 2/8
**redundancy [1]** 26/21

refer [1] 45/20
**reference [3]** 29/22
35/22 41/2
**referenced [6]** 5/11
5/21 5/25 29/11
37/10 38/21
**references [1]** 30/8
**referencing [1]** 5/20
**referring [4]** 22/22
38/2 38/7 38/20
**reflect [2]** 24/21
47/16
**Reform [1]** 26/10
**refreshed [2]** 40/12
40/13
**Registered [1]** 2/3
**Rehman [1]** 25/6
**relative [1]** 12/23
**relatives [1]** 12/20
**release [9]** 19/10
31/16 31/21 33/18
43/9 43/15 49/8 51/1
51/17
**released [5]** 19/25
23/8 23/13 51/16
51/22
**reliability [1]**
47/17
**relied [1]** 45/12
**rely [1]** 37/22
**remain [1]** 3/22
**remains [2]** 34/1
43/24
**remember [1]** 49/12
**remembering [1]**
40/18
**remotely [1]** 40/22
**removed [1]** 23/19
**repeated [1]** 9/12
**repeatedly [1]** 28/17
**replace [1]** 26/20
**reply [1]** 31/17
**Reporter [4]** 2/3 2/3
2/4 2/4
**reporting [1]** 34/25
**request [3]** 10/5
32/1 43/8
**require [1]** 50/22
**required [2]** 11/24
44/4
**requirement [4]**
12/21 12/22 20/1
31/23
**resolved [1]** 25/22
**respect [2]** 25/21
45/8
**respond [1]** 13/18
**response [1]** 29/2
**responsibility [1]**
47/20
**responsible [1]**
32/10
**restrain [1]** 47/21
**restricted [1]** 34/24
**result [1]** 16/2

**R**

**retired [1]**   23/14
**return [2]**   9/24 50/1
**returns [7]**   20/15
  22/15 36/5 36/7 37/2
  37/2 37/11
**review [2]**   8/10
  53/11
**right [28]**   5/22 6/14
  7/1 7/4 8/14 11/19
  13/19 18/17 27/6
  27/13 28/8 28/24
  30/3 31/11 35/13
  35/13 36/17 36/20
  38/19 39/22 40/4
  40/5 42/2 42/5 42/11
  43/7 52/12 53/18
**rise [5]**   3/2 42/6
  42/9 42/21 53/19
**risk [6]**   22/25 23/2
  23/3 23/5 50/9 52/4
**RMR [2]**   54/2 54/8
**robust [1]**   26/1
**room [2]**   9/10 16/14
**routinely [1]**   14/5
**rules [1]**   19/1
**ruling [1]**   43/9
**rush [1]**   42/17

**S**

**sacrifice [1]**   27/18
**safe [3]**   9/23 14/6
  24/18
**safely [1]**   22/19
**safer [3]**   14/3 22/13
  48/19
**safety [4]**   15/7
  43/17 44/3 52/10
**said [9]**   5/6 10/11
  21/4 26/19 29/7 29/7
  36/10 43/23 47/14
**same [5]**   28/4 34/1
  48/4 51/14 51/18
**satisfy [3]**   8/25
  26/10 46/14
**saw [3]**   18/22 41/5
  41/18
**say [23]**   3/23 8/22
  9/16 10/22 12/25
  13/5 14/22 16/6
  17/21 19/9 20/14
  25/14 34/5 36/9 37/4
  37/16 41/5 41/17
  43/19 44/23 44/23
  44/25 45/25
**saying [7]**   18/19
  21/13 29/17 29/18
  29/22 31/15 36/11
**says [1]**   38/25
**scenario [1]**   24/24
**schedule [1]**   5/13
**school [4]**   12/7 19/2
  47/10 48/9
**search [1]**   37/1
**searches [1]**   51/9

**seated [2]**   1/21 2/10
**second [1]**   46/19
**seconds [1]**   35/12
**secret [2]**   22/8
  51/13
**Secretary [1]**   16/23
**see [15]**   3/24 4/15
  17/2 18/24 18/25
  19/24 21/3 22/9 27/9
  28/15 28/16 29/9
  41/2 41/3 50/7
**seek [1]**   15/19
**seem [1]**   40/22
**seems [3]**   6/2 20/11
  20/25
**seen [15]**   6/24 7/2
  9/10 13/4 13/20
  22/20 29/19 29/21
  29/24 30/1 37/20
  37/21 38/17 40/15
  40/18
**send [1]**   30/5
**sending [4]**   33/9
  45/5 46/11 49/17
**sends [1]**   46/1
**sense [7]**   6/8 7/25
  13/10 13/19 15/17
  16/21 25/7
**sent [5]**   9/14 28/17
  30/9 34/17 49/1
**sentence [1]**   19/5
**September [2]**   52/17
  52/18
**sequencing [1]**   46/7
**serious [2]**   9/8
  25/20
**seriously [1]**   24/6
**seriousness [3]**   9/16
  44/9 49/9
**serve [2]**   11/1 43/21
**Service [2]**   3/11
  3/22
**services [4]**   2/2
  18/17 31/9 51/8
**session [1]**   3/3
**set [5]**   14/1 21/15
  24/2 26/3 52/12
**setting [1]**   23/7
**seven [2]**   23/22
  31/16
**sex [1]**   45/3
**sexual [10]**   9/7
  15/13 20/16 28/11
  37/18 38/24 43/12
  44/20 47/6 49/19
**sexually [1]**   44/13
**share [2]**   22/19
  39/21
**shared [2]**   28/18
  38/25
**she [23]**   11/1 11/6
  11/11 11/12 11/15
  11/15 12/1 12/14
  13/5 13/5 13/9 16/13
  18/10 24/15 27/5

**seated [2]**   1/21 2/10
  32/14 32/16 50/18
  50/18 50/20
**she'll [4]**   11/20
  11/21 11/23 11/25
**she's [15]**   11/2
  11/10 11/10 11/12
  11/14 11/22 11/23
  12/2 13/9 13/11 32/5
  32/7 32/19 32/22
  32/25
**Shinskie [3]**   1/13
  3/9 6/20
**shock [1]**   16/11
**shopping [1]**   12/2
**short [2]**   15/6 33/4
**should [8]**   5/5 10/22
  17/21 18/16 33/9
  44/23 45/24 50/20
**shouldn't [1]**   13/11
**show [3]**   19/5 20/15
  45/6
**showed [2]**   20/12
  25/3
**shown [6]**   14/7 14/25
  44/1 46/4 50/7 52/8
**shows [1]**   48/10
**shut [1]**   21/5
**sic [1]**   22/17
**side [1]**   9/19
**Signal [1]**   16/23
**similar [1]**   52/3
**simply [8]**   29/18
  49/23 50/15 50/19
  51/3 51/10 51/20
  51/24
**since [3]**   25/16
  25/16 51/25
**single [2]**   13/8
  23/19
**single-family [1]**
  23/19
**sir [1]**   3/15
**situation [7]**   21/14
  23/14 26/23 28/4
  28/4 28/13 31/7
**slightest [1]**   31/14
**smart [3]**   14/23 23/4
  48/25
**so [81]**
**so I think [2]**   16/9
  19/11
**So Mr. Carroll's [1]**
  52/11
**socially [1]**   3/23
**software [5]**   18/8
  18/10 18/11 34/20
  35/2
**some [23]**   3/22 4/19
  6/8 8/24 11/25 12/1
  13/3 13/3 13/4 14/24
  17/20 20/17 21/20
  22/18 23/22 24/13
  25/1 25/1 25/2 35/25
  40/1 42/16 51/22

**somebody [8]**   14/7
  14/9 15/2 27/9 28/5
  32/3 34/22 35/1
**somehow [2]**   33/6
  51/5
**someone [14]**   12/1
  12/17 12/21 15/12
  16/6 16/18 18/25
  26/25 32/4 38/25
  48/13 49/3 49/16
  49/23
**something [18]**   4/16
  5/24 6/14 8/2 8/6
  14/2 16/24 18/20
  20/21 22/4 29/16
  29/18 32/3 36/15
  39/23 41/6 41/10
  52/3
**sometimes [1]**   16/6
**somewhat [1]**   41/13
**son [3]**   12/4 19/2
  23/15
**sooner [1]**   5/16
**sophisticated [7]**
  13/25 14/23 15/1
  16/16 16/21 22/3
  48/16
**sophistication [1]**
  51/5
**sorry [5]**   29/10
  32/23 34/4 37/6
  39/11
**sort [18]**   11/8 13/7
  13/22 14/3 15/4 16/7
  18/24 26/7 30/25
  30/25 34/21 34/24
  35/22 37/19 38/11
  44/24 49/10 49/20
**sought [1]**   32/9
**sound [1]**   7/5
**space [2]**   10/9 10/10
**speak [1]**   34/13
**specifically [4]**
  22/14 37/21 38/14
  53/10
**speedy [1]**   53/9
**spells [1]**   50/6
**spend [1]**   31/19
**spent [1]**   14/24
**spouse [5]**   13/1
  14/22 43/21 50/17
  51/13
**stage [2]**   4/21 46/14
**stand [2]**   4/2 24/10
**standard [1]**   26/11
**standing [2]**   23/1
  38/10
**standpoint [1]**   6/3
**stands [2]**   42/7
  43/10
**start [3]**   4/1 4/2
  15/8
**started [2]**   3/18
  25/17
**state [3]**   18/6 23/18

**S**

state... [1]   31/5
statement [2]   21/3 22/10
STATES [7]   1/1 1/3 1/10 3/7 17/4 43/1 48/21
status [2]   3/16 5/1
statutes [3]   9/7 9/7 9/17
stenography [1]   2/8
step [1]   17/17
still [1]   17/13
stimulus [1]   15/20
stipulate [1]   6/5
stop [3]   16/7 22/5 27/19
stored [1]   39/19
Street [2]   1/14 1/18
strength [2]   27/24 46/15
strict [1]   9/21
stringent [2]   23/10 26/9
strong [1]   13/9
struck [1]   38/4
stuff [1]   22/16
subject [1]   38/17
substance [1]   13/22
substantially [1] 4/10
such [5]   6/10 6/21 29/12 40/2 45/15
suffice [1]   44/24
sufficient [4]   26/2 26/4 28/19 50/16
suggest [3]   6/17 18/19 52/3
suggested [2]   31/4 41/21
suggestion [2]   40/2 47/2
suggests [1]   22/21
Suite [1]   1/18
summer [1]   12/5
supervised [1]   19/10
supervision [1] 23/18
supervisor [1]   35/5
supplement [2]   6/8 18/2
support [2]   27/12 32/1
supposedly [1]   32/21
sure [2]   15/15 35/7
surveil [1]   26/25
suspected [1]   21/6
switch [1]   48/18

**T**

tactics [1]   37/19
tag [1]   23/21
take [6]   10/16 10/17 12/13 19/8 39/8 39/12

taking [1]   7/8 10/25
talk [2]   7/8 10/25
talking [17]   5/21 7/2 15/9 15/10 16/5 17/8 20/14 20/15 22/16 24/11 27/2 28/5 30/20 36/1 36/14 38/24 39/3
talks [2]   22/15 22/18
team [1]   23/21
techniques [1]   22/11
technology [1]   18/19
tee [1]   6/2
Tele [1]   22/16
Telegram [8]   14/3 22/12 38/1 38/2 39/20 40/3 40/3 48/18
tell [5]   6/25 24/10 37/16 45/23 46/8
tells [2]   45/22 48/23
tempted [1]   15/19
tend [1]   9/18
term [2]   14/18 29/12
terminated [1]   36/24
terms [9]   4/25 7/12 10/25 11/21 29/9 34/25 35/1 49/9 52/13
terrible [1]   23/2
texts [1]   30/22
than [10]   10/19 19/4 26/9 28/13 30/16 30/18 31/7 32/22 36/9 47/3
thank [11]   7/25 8/18 13/16 20/9 28/25 33/19 35/17 42/19 42/20 43/4 53/18
thank you [9]   7/25 13/16 20/9 28/25 33/19 35/17 42/19 42/20 43/4
thanks [2]   4/7 43/5
that [411]
that's [34]   3/20 5/24 6/14 8/6 8/7 10/10 10/13 12/14 14/11 15/14 16/7 16/14 18/18 20/3 20/21 20/24 21/4 22/13 29/16 29/18 30/11 30/11 30/12 31/6 33/2 33/8 35/9 36/22 38/2 38/7 38/25 40/4 52/25 53/1
their [10]   8/24 17/7 19/23 23/15 27/11 27/19 27/19 41/10 41/11 48/14
them [15]   11/18 11/19 11/20 11/20

[this] [1]   23/22 23/22 25/6 34/18 37/17 37/17 37/18 41/10
themselves [2]   23/15 30/23
then [19]   4/3 5/18 6/11 6/13 12/18 17/24 17/25 18/2 18/4 18/22 19/15 30/6 30/12 34/2 38/20 41/8 41/18 51/12 52/19
theory [2]   26/6 27/15
there [65]
there's [32]   8/9 8/20 9/9 9/20 11/19 12/18 12/19 12/21 12/23 13/3 14/17 17/5 18/8 18/12 19/19 22/25 27/8 30/8 30/25 32/10 33/11 33/13 33/14 34/22 34/25 40/1 41/16 41/24 44/2 47/6 51/10 52/9
these [20]   9/4 9/5 9/17 9/19 14/19 16/3 16/3 17/16 25/23 27/11 31/12 37/21 39/19 40/13 41/8 48/8 48/9 48/20 49/6 49/22
they [29]   4/17 9/18 12/6 12/7 16/7 16/7 16/16 16/17 16/18 17/13 17/14 23/16 23/16 23/18 23/23 23/23 24/1 26/13 26/19 26/24 27/20 30/6 31/14 34/15 34/15 39/5 44/5 44/24 49/22
they'd [1]   31/4
they're [9]   19/23 26/20 27/12 27/13 31/13 38/24 39/3 39/5 44/22
thing [9]   14/11 14/12 17/17 18/4 38/3 38/4 39/2 41/17 48/25
things [20]   4/2 6/12 10/16 13/10 13/11 14/20 14/22 17/18 22/14 24/15 29/4 29/9 30/5 30/23 37/22 42/5 42/17 43/20 43/22 49/18
think [71]
third [4]   11/1 24/8 27/2 50/14
third-party [4]   11/1 24/8 27/2 50/14

this [78]
thoroughly [1]   47/8
those [25]   12/18 13/15 21/16 23/9 23/20 25/3 26/10 28/15 37/2 37/4 37/11 40/17 41/14 41/15 41/20 41/20 41/21 45/6 45/8 46/2 47/14 49/7 50/15 51/6 52/6
though [1]   43/23
thought [4]   16/22 33/6 38/21 42/16
thoughts [2]   13/18 33/21
thousands [4]   9/11 9/12 20/16 37/15
three [6]   3/23 16/12 23/11 31/17 37/8 37/9
through [6]   40/3 40/19 43/8 44/18 51/25 53/7
throughout [1]   45/19
Thursdays [1]   52/21
time [28]   3/19 7/11 10/20 12/15 15/4 18/12 18/13 18/18 18/23 19/21 19/22 20/1 20/6 22/7 22/8 26/22 27/3 27/4 29/6 29/8 31/19 32/12 41/2 43/6 47/1 51/15 53/5 53/10
times [3]   3/23 11/25 38/6
tip [2]   21/6 22/23
titled [1]   54/4
today [5]   5/14 5/18 23/1 24/6 38/10
together [2]   5/5 44/17
toll [2]   53/4 53/5
too [3]   37/22 40/7 51/20
took [1]   23/23
tools [1]   16/18
Totally [1]   28/13
toward [3]   12/12 47/13 52/17
town [1]   5/15
townhouse [3]   10/9 24/20 24/25
traceable [1]   14/4
traced [1]   48/6
tracks [1]   49/5
transcript [3]   1/9 2/8 54/3
transcription [1] 2/8
transforming [2] 45/17 46/13
transmit [1]   5/7
travel [1]   7/24

**T**

treatment [2]   17/20
   51/25
trial [3]   19/3 52/19
   53/9
trip [2]   12/5 12/6
trouble [2]   22/6
   50/24
troubling [2]   14/13
   27/10
true [2]   20/24 51/16
trust [1]   51/3
trusting [1]   23/7
try [4]   4/13 15/19
   17/7 22/11
trying [1]   23/1
turn [2]   8/10 10/1
turning [1]   44/15
turns [1]   32/23
twice [1]   29/6
two [19]   3/23 5/15
   14/14 16/11 17/18
   23/14 26/19 26/21
   32/7 38/25 40/8 40/9
   43/10 44/17 46/20
   46/23 48/5 49/11
   50/11
type [2]   15/20 46/12
types [2]   45/6 48/20
typo [2]   30/8 30/10

**U**

U.S [2]   1/13 11/14
UC [11]   28/5 28/6
   45/1 45/22 45/24
   48/23 49/2 49/24
   49/25 50/1 50/5
UC40 [1]   36/15
ultimate [2]   43/25
   43/25
ultimately [3]   8/7
   8/7 14/15
under [6]   9/6 9/17
   21/11 27/6 28/19
   45/13
undercover [12]   14/5
   30/1 30/9 36/18
   44/20 44/20 45/2
   45/3 45/6 45/22 46/1
   49/18
understand [5]   6/16
   20/11 23/4 24/16
   30/19
understanding [4]
   4/22 36/1 38/12
   48/18
understands [3]
   22/19 49/3 49/5
understood [1]   14/2
Ungvarsky [15]   1/17
   1/17 3/10 3/19 3/21
   4/25 6/23 7/9 7/13
   8/15 29/1 36/4 37/20
   52/13 53/4
Ungvarsky's [1]   21/7

Ungvarskylaw.com [1]
   1/20
unique [3]   24/2 28/5
   37/15
UNITED [7]   1/1 1/3
   1/10 3/7 17/4 43/1
   48/21
United States [3]
   17/4 43/1 48/21
unless [1]   8/9
unprecedented [1]
   7/19
until [2]   25/11
   41/13
unusual [2]   7/18
   25/7
up [10]   3/24 4/6 6/2
   14/14 18/1 19/14
   19/14 21/15 23/20
   24/3
upon [1]   43/20
urges [1]   51/22
urination [1]   45/2
us [2]   24/18 52/17
usdoj.gov [1]   1/16
use [3]   13/7 17/15
   19/21
used [3]   17/10 29/12
   39/19
user [3]   35/3 36/15
   48/16
users [1]   37/24
using [5]   16/23 17/2
   17/3 17/24 48/7

**V**

VA [1]   1/19
vacation [1]   12/6
valuable [1]   17/20
vanished [1]   51/24
various [3]   37/15
   37/18 39/14
vast [1]   29/22
versus [2]   3/8 43/1
very [32]   8/13 13/6
   13/9 14/13 14/23
   15/15 20/7 21/11
   22/8 22/9 24/22
   24/24 25/24 25/25
   27/7 29/6 30/6 31/8
   32/10 32/10 34/16
   34/16 36/11 38/6
   40/18 40/19 41/21
   48/16 48/23 49/14
   50/8 53/18
victim [1]   43/13
victims [1]   9/14
video [9]   45/5 46/1
   46/3 46/11 49/1
   49/17 50/1 50/4 50/7
videos [2]   28/17
   30/22
view [9]   6/10 6/19
   7/14 21/12 28/1
   28/19 28/22 31/1

violate [1]   19/12
violates [1]   13/7
violation [1]   35/1
violence [1]   43/13
Virginia [2]   12/19
   18/6
visits [3]   34/11
   34/15 51/8
volume [1]   38/5
voluminous [1]   37/3
vs [1]   1/5

**W**

want [13]   13/17
   20/10 27/23 27/24
   29/1 30/4 30/14
   36/11 41/6 42/4
   42/15 42/16 42/17
wanted [5]   10/25
   28/18 32/3 34/2
   34/17
wanting [1]   29/9
wants [6]   5/13 7/13
   15/18 16/13 30/12
   31/10
warrant [1]   37/1
warranted [1]   53/10
was [97]
Washington [4]   1/5
   1/14 2/6 47/2
wasn't [2]   16/25
   49/23
watch [4]   16/19
   23/23 24/17 32/22
way [11]   6/14 10/13
   10/18 13/8 16/7 25/1
   33/15 33/17 48/15
   51/10 51/14
we [53]   3/18 3/22
   3/24 4/1 4/2 4/18
   4/19 6/13 6/25 7/20
   8/9 8/20 10/14 11/6
   12/23 15/2 15/3 16/5
   16/6 16/6 16/9 18/22
   18/23 18/25 21/10
   21/10 21/12 21/18
   21/20 22/4 22/9
   22/20 23/3 24/7 24/8
   24/22 25/2 25/14
   25/21 26/16 28/20
   29/7 30/6 33/17 34/3
   34/11 34/11 36/7
   37/1 37/11 37/23
   38/17 39/24
we see [1]   3/24
we'd [1]   5/17
we'll [3]   4/3 5/12
   38/1
we're [9]   3/6 3/16
   20/14 23/1 24/11
   30/20 33/1 36/14
   37/24
we've [6]   3/19 8/24
   9/22 9/22 13/20

weak [1]   28/2
week [4]   7/11 11/20
   23/22 52/21
weeks [3]   5/4 5/14
   5/15
weigh [1]   46/20
weight [5]   44/6
   44/16 45/8 45/10
   46/18
well [19]   5/9 6/1
   7/5 15/21 16/6 20/18
   29/10 30/6 31/6 31/9
   31/11 37/5 37/17
   38/1 39/12 43/21
   45/3 48/1 53/12
went [1]   40/19
were [38]   3/21 16/5
   20/23 23/6 23/14
   23/16 23/17 25/4
   26/13 26/19 26/24
   26/24 27/16 27/16
   29/11 29/13 29/13
   29/14 29/20 29/23
   30/21 30/22 31/14
   34/19 37/7 37/8
   37/10 37/17 37/17
   37/18 38/13 39/14
   39/18 40/2 40/9 51/1
   51/2 51/16
what [58]
what's [9]   8/17 10/5
   17/19 19/14 22/10
   24/4 30/2 39/1 52/13
   33/1
whatever [2]   32/25
   33/1
when [20]   4/13 5/20
   16/18 17/1 17/7
   18/12 21/15 22/16
   22/25 23/8 26/20
   28/3 29/21 30/4
   30/20 33/6 34/5 37/4
   38/20 45/15
where [20]   4/1 5/1
   9/14 18/14 19/8
   21/21 23/14 23/17
   23/21 24/20 25/1
   26/24 27/2 27/16
   30/8 32/4 33/8 36/14
   37/24 38/24
whether [10]   5/5
   6/10 6/10 10/1 10/2
   11/17 17/12 36/10
   41/9 43/25
which [11]   8/5 10/7
   13/12 17/20 21/18
   25/18 29/6 38/6
   41/22 48/7 48/19
while [3]   9/20 16/20
   18/9
who [34]   9/10 10/3
   11/4 12/20 12/23
   14/7 14/24 18/25
   19/21 19/22 22/6
   22/7 23/14 24/1 24/7

## W

**who... [19]**  24/11
24/11 24/12 24/14
24/15 26/19 27/3
27/16 31/4 31/7 32/4
32/13 35/3 40/9 41/8
48/13 49/3 49/16
49/16
**who's [10]**  9/9 12/19
14/9 15/12 19/20
32/3 32/11 32/12
32/12 32/21
**why [6]**  4/1 4/2 4/6
10/11 40/20 41/22
**wife [7]**  10/22 12/12
16/12 18/9 21/25
31/9 32/2
**WiFi [3]**  11/7 11/17
25/1
**will [34]**  5/8 5/12
5/18 8/23 9/23 9/24
11/16 12/4 12/9
12/25 13/5 13/6 13/7
14/4 16/19 16/19
17/12 17/15 19/11
19/12 28/21 32/14
32/17 44/2 44/12
44/23 45/9 45/17
46/13 46/17 49/11
52/6 52/9 52/11
**William [3]**  2/3 54/2
54/8
**willing [3]**  27/17
32/25 33/1
**Willis [4]**  23/12
23/12 26/13 34/13
**wished [1]**  22/5
**within [3]**  9/18 14/1
35/12
**without [1]**  7/1
**witness [1]**  24/7
**woman [1]**  24/11
**won't [5]**  12/10
17/11 19/21 44/21
51/5
**words [2]**  40/1 49/17
**work [11]**  5/8 12/1
13/12 18/1 18/10
18/11 21/23 24/12
24/13 33/16 50/19
**worked [3]**  34/14
35/15 46/24
**workplace [1]**  21/18
**works [3]**  11/13
24/11 32/2
**world [1]**  24/25
**worldwide [1]**  9/14
**worse [2]**  13/20
13/20
**worth [1]**  19/9
**would [64]**
**wouldn't [1]**  25/1
**writing [2]**  7/6
41/23
**wrote [1]**  41/23

## Y

**yeah [5]**  5/18 15/23
30/10 30/16 35/14
**year [5]**  3/23 12/4
22/6 22/7 32/20
**years [8]**  3/22 9/13
14/24 19/6 25/10
25/12 25/16 46/23
**yes [16]**  4/4 5/6
7/15 18/22 20/20
32/7 34/7 34/10
35/11 35/24 36/2
36/23 36/25 39/16
42/13 53/6
**yet [1]**  7/6
**you [177]**
**you know [64]**
**you'd [3]**  4/25 8/17
28/24
**you're [8]**  5/20 5/20
13/19 27/2 36/1
38/10 38/20 52/20
**you've [4]**  5/25 8/20
8/21 10/19
**young [2]**  21/19
47/21
**younger [1]**  12/13
**your [39]**  3/6 4/4
4/9 6/22 7/21 7/24
8/12 8/17 11/22 18/5
20/9 20/10 20/11
20/11 20/20 22/10
23/2 24/5 25/23
27/23 28/15 28/25
29/3 33/21 33/23
34/5 34/8 34/17
35/24 36/8 38/12
38/16 39/1 39/11
42/13 42/24 52/13
53/2 53/16
**Your Honor [24]**  3/6
4/4 4/9 6/22 7/21
8/12 20/9 20/10
20/11 20/20 22/10
23/2 25/23 28/15
28/25 29/3 33/23
35/24 38/16 39/11
42/13 42/24 53/2
53/16
**Your Honor's [1]**
18/5
**yourself [1]**  26/8
**yourselves [2]**  7/8
7/12

## Z

**Zaremba [3]**  2/3 54/2
54/8
**zone [1]**  35/11
**Zoom [1]**  12/1