**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 24-CR-544 (APM)** |
| | ) | |
| **v.** | ) | **Status: Feb. 27, 2026, 3:00 p.m.** |
| | ) | |
| **JAMES CARROLL** | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel is retained. The matter is in active plea discussions with a status date in February 2027. There is no pending trial date.

The defendant, James Carroll, and undersigned have irreconcilable differences. Mr. Carroll has advised undersigned counsel of counsel's termination of representation. The defendant did not advise counsel if, upon undersigned's discharge, the defendant will retain new counsel or will request the court to assign court-appointed  and counsel. Mr. Carroll was previously represented by the Federal Public Defender prior to retaining undersigned. Undersigned counsel will deliver the file to new counsel in prompt fashion.

WHEREFORE, for the reasons given, the defendant, respectfully moves this Court to grant this motion to withdraw and order that Edward J. Ungvarsky is withdrawn and removed as Mr. Carroll's counsel in this matter.

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC: 202 546 1500
VA: 571 207 9710
Cell: 202 409 2084

Email: ed@ungvarskylaw.com
Counsel for James Carroll

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the government, via electronic filing, on this 2nd day of December, 2025.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky